John J. McLeod, Esq., State Bar No. 174169
john@mcleodlawgroup.com
Paul C. Hirst, Esq., State Bar No. 234460
pchirst@mcleodlawgroup.com
McLEOD LAW GROUP, A.P.C.
701 B Street, Suite 1570
San Diego, California 92101
Telephone: (619) 236-9938
Facsimile: (619) 236-9943

Attorneys for Plaintiff,
IRONWOOD COUNTRY CLUB

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| IRONWOOD COUNTY CLUB,<br><br>　　　　Plaintiff,<br>　v.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC. and DOES 1 through 100,<br><br>　　　　Defendants. | CASE NO. 13-00996-VAP (DTBx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:　January 27, 2014<br>Hearing Time:　2:00 p.m.<br>Courtroom:　　Hon. Virginia A. Phillips<br><br>Date Complaint Filed: May 1, 2013<br>Trial Date: August 5, 2014<br><br>Filed concurrently with:<br>　1. *Notice of Motion and Motion;*<br>　2. *Points and Authorities;*<br>　3. *Statement of Undisputed Facts;*<br>　4. *Declaration of Bryan R. Gerstel;*<br>　5. *Declaration of Joshua Tanner;*<br>　6. *Declaration of Alan Lux;*<br>　7. *Declaration of Robert C. Manion;*<br>　8. *Declaration of John J. McLeod; and*<br>　9. *Request for Judicial Notice.* |

This matter came on regularly before the Court for hearing on January 27, 2014, at 2:00 p.m., or as soon thereafter as the matter could be heard.  Appearances were stated in the record.

The Court, having reviewed the moving, opposing and reply papers on the motion for partial summary judgment brought by Plaintiff, Ironwood Country Club ("Ironwood"), and oral argument of counsel having been received by the Court, finds, adjudges and orders as follows:

Pursuant to Federal Rule of Civil Procedure 56, Ironwood's motion for partial summary judgment is GRANTED in full.  The Court finds that there is no genuine dispute of material fact as to each of the three issues on which Ironwood seeks summary judgment and, thus, Ironwood is entitled to judgment as a matter of law.  FED. R. CIV. P. 56(a).  The Court hereby orders as follows:

1. Defendant, Liberty Insurance Underwriters, Inc. ("Liberty"), has a duty to defend Ironwood in the underlying lawsuit entitled <u>Cobb, et al. v. Ironwood County Club</u> (the "Cobb Lawsuit");

2. Liberty must immediately reimburse Ironwood the sum of <u>$56,569.36</u> for the fees and costs Ironwood incurred (at the agreed-upon hourly rate of $275 and after subtracting Ironwood's payment of the $10,000 retention under the Liberty policy) in defense of the Cobb Lawsuit from May 15, 2012 (the date that Ironwood gave notice of the Cobb Lawsuit to Liberty) to February 26, 2013 (the date that Liberty withdrew from Ironwood's defense in the Cobb Lawsuit);

3. Liberty must immediately return to Ironwood any and all copies (digital, paper or otherwise) of Bryan R. Gerstel, APC's attorney billing statements dated June 30, 2011, September 6, 2011, October 13, 2011, December 8, 2011, March 5, 2012, April 3, 2012, and May 1, 2012 (collectively "Pre-Tender Invoices"), and Liberty is prohibited from using said Pre-Tender Invoices in any way and for any purpose in this action.  The Court finds that Ironwood inadvertently disclosed these Pre-Tender Invoices to Liberty and they are subject to a properly asserted claim of privilege under

1  the attorney-client privilege.
2      IT IS SO ORDERED.
3  Dated: _____     _____
4                                                        Hon. Virginia A. Phillips