Jeffrey S. Whittington, Esq./SBN 236028
Email: jwhittington@KBRlaw.com
Miriam Gregory, Esq./SBN 281083
Email: mgregory@KBRlaw.com
KAUFMAN BORGEEST & RYAN LLP
23975 Park Sorrento, Suite 370
Calabasas, CA 91302
Telephone: (818) 880-0992
Facsimile: (818) 880-0993

Attorneys for Defendant,
Liberty Insurance Underwriters, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| IRONWOOD COUNTRY CLUB,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC. and DOES 1 through 100,<br><br>Defendants. | Case No. 5:13-CV-00996-VAP(DTB)<br><br>**DECLARATION OF JEFFREY S. WHITTINGTON IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**HEARING DATE:** TBD<br>**HEARING TIME:** TBD<br>**COURTROOM:** TBD<br><br>[DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING; [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |

---

**1**
**DECLARATION OF JEFFREY S. WHITTINGTON IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING**

# DECLARATION OF JEFFREY S. WHITTINGTON

1. I am an attorney in good standing duly licensed to practice law in the State of California. I am a partner with the law firm of Kaufman Borgeest & Ryan LLP, attorneys of record for defendant, Liberty Insurance Underwriters, Inc. ("Liberty"). I have personal knowledge of the matters set forth herein and would testify regarding the matters set forth herein.

2. On December 30, 2013, I was served with Ironwood's Motion for Partial Summary Judgment.

3. I am national counsel to a client involved in the 2011 Listeria outbreak involving dozens of wrongful death lawsuits around the country. I am presently scheduled to argue a Motion to Dismiss in Arkansas state court on January 27, 2014, the day presently set for Ironwood's Motion for Partial Summary Judgment. Thereafter, on February 3, 2014, I am scheduled to appear at a pre-trial conference in the Central District of California. Thereafter, on February 10, 2014, I am scheduled to appear in Oklahoma state court to argue a Motion to Dismiss pertaining to the Listeria outbreak. February 17, 2014 is President's Day, a national holiday. Thus, the first day upon which I am available to appear and argue on behalf of Liberty in opposition to Ironwood's Motion for

1 Partial Summary Judgment is on February 24, 2014.

2 4. At the outset of this litigation, Liberty retained my services to defend
3 them in the instant matter. I am the lead counsel in this matter and have
4 been from the case's inception. I have made all decisions regarding
5 litigation strategy and tactics in this case, and have the requisite
6 knowledge of the facts and legal issues pertinent to the Motion.
7 Accordingly, Liberty will be severely and unfairly prejudiced if the
8 hearing on Ironwood's Motion for Partial Summary Judgment is
9 scheduled on a date on which I am unavailable to attend.

10 5. Ironwood did not confer with me regarding setting a hearing date on
11 the Motion for Partial Summary Judgment. To the contrary, on
12 December 17, 2013, Ironwood simply advised me, via email, that it
13 believed that the parties satisfied the "meet and confer" requirement of
14 L.R. 7-3 *back in July 2013,* and as such, intended to file the Motion.
15 (**Exhibit A**). I responded and advised Ironwood that that filing such a
16 motion was premature as discovery had not yet begun and issues of
17 fact existed with respect to the critical issue of whether Ironwood had
18 made material misrepresentations in its application of insurance with
19 Liberty, and consequently, whether Liberty owed Ironwood a defense
20 in the Cobb Lawsuit. (**Exhibit B**). Nevertheless, despite the foregoing,

---

3
DECLARATION OF JEFFREY S. WHITTINGTON IN SUPPORT OF DEFENDANT'S EX PARTE
APPLICATION TO CONTINUE HEARING

1  Ironwood waited nearly two (2) weeks, and then filed the Motion,
2  without discussing mutually available dates with me as Liberty's
3  counsel.  (**Exhibit C**).

4 I declare under penalty of perjury under the laws of the United States of
5 America and the State of California that the foregoing is true and correct.
6 This declaration was executed on December 31, 2013 in Calabasas,
7 California.

8
9    By:   /s/ Jeffrey S. Whittington
               JEFFREY S. WHITTINGTON
10

---

**4**
**DECLARATION OF JEFFREY S. WHITTINGTON IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING**

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**
**CASE NAME: Ironwood v. Liberty Insurance**

I declare as follows:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 23975 Park Sorrento, Suite 370, Calabasas, California 91302. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

On December 31, 2013, I served a true and correct copy, with all exhibits, of the following document(s) described as follows:

**DECLARATION OF JEFFREY S. WHITTINGTON IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING**

[ ]   On the interested parties in the within action by placing the above documents in the United States mail for Express Mail delivery at 23975 Park Sorrento, Suite 370, Calabasas, California 91302 in a sealed envelope, with Express Mail postage thereon fully prepaid; by depositing copies of the above documents in a box or other facility regularly maintained by Federal Express, with delivery fees paid by the sender's account. (Code of Civil Procedure § 1013(c).) *(Overnight Delivery Service)*

[x]   On the interested parties in the within action by faxing a true and correct copy of the above documents to the facsimile number listed below. *(Fax Service)*

[x]   via service through the CM/ECF system. *(eService)*

John J. McLeod, Esq.
Paul C. Hirst, Esq.
McLEOD LAW GROUP, APC
701 B. Street, Suite 1570
San Diego, California 92101
Fax: 619.236.9943
john@mcleodlawgroup.com
pchirst@mcleodlawgroup.com

I certify under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 31, 2013, at Calabasas, California.

By:   /s/ Sharyn Waldrop                  By:   Sharyn Waldrop
      Signature of Declarant                    Name of Declarant

---

5
**DECLARATION OF JEFFREY S. WHITTINGTON IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING**