# EXHIBIT A

**From:** Paul Hirst [mailto:pchirst@mcleodlawgroup.com]
**Sent:** Tuesday, December 17, 2013 12:04 PM
**To:** Jeffrey S. Whittington
**Cc:** John McLeod; Richard A. Pretti; Miriam Gregory
**Subject:** RE: Ironwood Country Club v. Liberty Insurance
**Importance:** High

Jeff,

As the parties were unable to resolve this matter following last month's mediation, please be advised that Ironwood intends to move forward with its previously-discussed motion for summary adjudication. Ironwood believes that the parties satisfied the "meet and confer" requirement of LR 7-3 back in July 2013. But, if you believe that there is anything left for us to discuss, we would ask that you please contact us before the end of this week.

Thanks,

Paul C. Hirst, Esq.
McLEOD LAW GROUP, APC
701 B Street, Suite 1570
San Diego, California 92101
(619) 236-9938, Ext. 104 (telephone)
(619) 236-9943 (facsimile)
www.mcleodlawgroup.com