1  Jeffrey S. Whittington, Esq./SBN 236028
   Email: jwhittington@KBRlaw.com
2  Miriam Gregory, Esq./SBN 281083
   Email: mgregory@KBRlaw.com
   KAUFMAN BORGEEST & RYAN LLP
3  23975 Park Sorrento, Suite 370
   Calabasas, CA 91302
   Telephone: (818) 880-0992
4  Facsimile: (818) 880-0993

5  Attorneys for Defendant
   Liberty Insurance Underwriters, Inc.

6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| IRONWOOD COUNTRY CLUB,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC. and DOES 1 through 100,<br><br>Defendants. | Case No. 5:13-CV-00996-VAP(DTB)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**HEARING DATE:    TBD**<br>**HEARING TIME:    TBD**<br>**COURTROOM:       TBD**<br><br>[DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING; DECLARATION OF JEFFREY S. WHITTINGTON FILED CONCURRENTLY HEREWITH] |

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 31, 2013, Defendant,

---

**1**
**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

2448785

1  Liberty Insurance Underwriters, Inc. ("Liberty"), submitted an Ex Parte
2  Application seeking an order continuing hearing on Plaintiff, Ironwood Country
3  Club's Motion for Partial Summary Judgment to the above-entitled court, the
4  Honorable Virginia A. Phillips, Judge presiding.

5  Based on the papers submitted by the parties, and good cause having
6  been shown, the Court rules as follows:

7  The Court grants Liberty's Ex Parte Application to Continue Hearing on
8  Plaintiff's Motion for Partial Summary Judgment. The hearing on Plaintiff's
9  Motion for Partial Summary Judgment is continued to February 24, 2014,
10 2:00 p.m. Liberty's opposition to Plaintiff's Motion for Partial Summary
11 Judgment is due to be filed no later than February 3, 2014. Plaintiff's Reply to
12 Liberty's opposition is due to be filed no later than February 10, 2014.

13
14  IT IS SO ORDERED.
15
16
17 Dated: January 6, 2014          _____
18                                  HON. VIRGINIA A. PHILLIPS
19
20

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**
**CASE NAME: Ironwood v. Liberty Insurance**

I declare as follows:

I am employed in the County of Los Angeles, California.  I am over the age of 18 years, and not a party to the within action; my business address is 23975 Park Sorrento, Suite 370, Calabasas, California 91302.  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

On December 31, 2013, I served a true and correct copy, with all exhibits, of the following document(s) described as follows:

**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

[ ]   On the interested parties in the within action by placing the above documents in the United States mail for Express Mail delivery at 23975 Park Sorrento, Suite 370, Calabasas, California 91302 in a sealed envelope, with Express Mail postage thereon fully prepaid; by depositing copies of the above documents in a box or other facility regularly maintained by Federal Express, with delivery fees paid by the sender's account. (Code of Civil Procedure § 1013(c).)  *(Overnight Delivery Service)*

[x]   On the interested parties in the within action by faxing a true and correct copy of the above documents to the facsimile number listed below.  *(Fax Service)*

[x]   via service through the CM/ECF system. *(eService)*

John J. McLeod, Esq.
Paul C. Hirst, Esq.
McLEOD LAW GROUP, APC
701 B. Street, Suite 1570
San Diego, California 92101
Fax: 619.236.9943
john@mcleodlawgroup.com
pchirst@mcleodlawgroup.com

I certify under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 31, 2013, at Calabasas, California.

By:   ___/s/ Sharyn Waldrop___          By:   ___Sharyn Waldrop___
      Signature of Declarant                  Name of Declarant

---

3

**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

2448785