John J. McLeod, Esq., State Bar No. 174169
john@mcleodlawgroup.com
Paul C. Hirst, Esq., State Bar No. 234460
pchirst@mcleodlawgroup.com
McLEOD LAW GROUP, A.P.C.
701 B Street, Suite 1570
San Diego, California 92101
Telephone:  (619) 236-9938
Facsimile:  (619) 236-9943

Attorneys for Plaintiff,
IRONWOOD COUNTRY CLUB

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| IRONWOOD COUNTRY CLUB,<br><br>            Plaintiff,<br>     v.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC. and DOES 1 through 100,<br><br>            Defendants. | CASE NO. 13-00996-VAP (DTBx)<br><br>**PLAINTIFF'S NOTICE OF *AMENDED* MOTION AND *AMENDED* MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   February 24, 2014<br>Hearing Time:   2:00 p.m.<br>Courtroom:      Hon. Virginia A. Phillips<br><br>Date Complaint Filed: May 1, 2013<br>Trial Date: August 5, 2014<br><br>Filed concurrently with:<br>  1. *Points and Authorities;*<br>  2. *Statement of Undisputed Facts;*<br>  3. *Declaration of Bryan R. Gerstel;*<br>  4. *Declaration of Joshua Tanner;*<br>  5. *Declaration of Alan Lux;*<br>  6. *Declaration of Robert C. Manion;*<br>  7. *Declaration of John J. McLeod;*<br>  8. *Request for Judicial Notice; and*<br>  9. *[Proposed] Order.* |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, pursuant to the Court's January 16, 2014 Order granting defendant Liberty Insurance Underwriters, Inc.'s motion for leave to file an amended answer, plaintiff, Ironwood Country Club ("Ironwood"), hereby re-files this *amended* motion for partial summary judgment.

PLEASE TAKE FURTHER NOTICE that on February 24, 2014, at 2:00 p.m., or as soon thereafter as this matter may be heard in Courtroom 2, the Hon. Virginia A. Phillips, presiding, of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501-3801, Ironwood, will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 56 and such other provisions of law as are set forth herein, for summary judgment of the following issues:

1. That Defendant, Liberty Insurance Underwriters, Inc. ("Liberty"), has a duty to defend Ironwood in the underlying lawsuit entitled <u>Cobb, et al. v. Ironwood County Club</u> (the "Cobb Lawsuit");

2. That Liberty must immediately reimburse Ironwood the sum of $56,569.36 for the fees and costs Ironwood incurred (at the agreed-upon hourly rate of $275 and after subtracting Ironwood's payment of the $10,000 retention under the Liberty policy) in defense of the Cobb Lawsuit from May 15, 2012 (the date that Ironwood gave notice of the Cobb Lawsuit to Liberty) to February 26, 2013 (the date that Liberty withdrew from Ironwood's defense in the Cobb Lawsuit);

3. That Liberty must immediately return to Ironwood any and all copies (digital, paper or otherwise) of Bryan R. Gerstel, APC's attorney billing statements dated June 30, 2011, September 6, 2011, October 13, 2011, December 8, 2011, March 5, 2012, April 3, 2012, and May 1, 2012 (collectively "Pre-Tender Invoices"), and Liberty is prohibited from using said Pre-Tender Invoices in any way and for any purpose in this action, because Ironwood inadvertently disclosed these Pre-Tender Invoices to Liberty and they are subject to a properly asserted claim of privilege under

the attorney-client privilege.

This *amended* motion is made on the grounds that there is no genuine dispute of material fact as to each of the above three issues on which Ironwood seeks summary judgment and, thus, Ironwood is entitled to judgment as a matter of law.  Fed. R. Civ. P. 56(a).

This *amended* motion is based on this notice, the memorandum of points and authorities, the statement of undisputed facts, the declarations of Bryan R. Gerstel, Joshua Tanner, Alan Lux, Robert C. Manion and John J. McLeod, and the request for judicial notice filed concurrently herewith, as well as the pleadings, papers, and records on file in this action, and such further oral and documentary evidence as may be presented at the time of hearing.

This *amended* motion is made following the conference of counsel pursuant to L.R. 7-3 which took place in July, August and December 2013.  Declaration of John J. McLeod filed concurrently herewith ("McLeod Decl."), ¶¶ 15-30; Exs. 13-27.

DATED: January 27, 2014           McLEOD LAW GROUP, A.P.C.


By:   /s/ Paul C. Hirst
   John J. McLeod
   Paul C. Hirst
    Attorneys for Plaintiff, Ironwood Country Club