1  John J. McLeod, Esq., State Bar No. 174169
   john@mcleodlawgroup.com
2  Paul C. Hirst, Esq., State Bar No. 234460
   pchirst@mcleodlawgroup.com
3  McLEOD LAW GROUP, A.P.C.
   701 B Street, Suite 1570
4  San Diego, California 92101
   Telephone:  (619) 236-9938
5  Facsimile:  (619) 236-9943

6  Attorneys for Plaintiff,
   IRONWOOD COUNTRY CLUB
7

8            UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11 IRONWOOD COUNTRY CLUB,              CASE NO. 13-00996-VAP (DTBx)

12            Plaintiff,               **DECLARATION OF BRYAN R.
                                       GERSTEL IN SUPPORT OF
13       v.                            PLAINTIFF'S *AMENDED* MOTION
                                       FOR PARTIAL SUMMARY
14 LIBERTY INSURANCE                   JUDGMENT**
   UNDERWRITERS, INC. and DOES 1
15 through 100,                        Hearing Date:   February 24, 2014
                                       Hearing Time:   2:00 p.m.
16            Defendants.              Courtroom:      Hon. Virginia A. Phillips
17

18                                     Date Complaint Filed: May 1, 2013
19                                     Trial Date: August 5, 2014
20
                                       Filed concurrently with:
21                                         1.  *Notice of Amended Motion and
                                               Amended Motion;*
22                                         2.  *Points and Authorities;*
                                           3.  *Statement of Undisputed Facts;*
23                                         4.  *Declaration of Joshua Tanner;*
                                           5.  *Declaration of Alan Lux;*
24                                         6.  *Declaration of Robert C. Manion;*
25                                         7.  *Declaration of John J. McLeod;*
26                                         8.  *Request for Judicial Notice; and*
                                           9.  *[Proposed] Order.*
27

28

---

Declaration of Bryan R. Gerstel ISO Ironwood's Motion for Partial Summary Judgment

**I, BRYAN R. GERSTEL, declare:**

1.     I am an attorney duly licensed to practice law before all courts of the State of California. I am Of Counsel with the law firm of Green Bryant & French ("GBF"), which is counsel of record for Ironwood Country Club ("Ironwood") in the action entitled *Cobb, et al. v. Ironwood Country Club*, Riverside County Superior Court – Indio Branch, Case No. INC 1205888 ("Cobb Lawsuit"). In addition, I have been Ironwood's counsel in connection with numerous matters unrelated to the Cobb Lawsuit. I have personal knowledge of the matters set forth herein and if called upon to testify I could and would competently do so, except as to those matters stated on information and belief and, as to those matters, I believe them to be true.

2.     I am informed and believe that on or about May 7, 2012, Ironwood received a demand letter from William Cobb, who is now one of the plaintiffs in the Cobb Lawsuit ("Cobb Pre-Lawsuit Claim"). As Ironwood's counsel, I began assisting Ironwood in the defense of the Cobb Pre-Lawsuit Claim.

3.     In the normal course of business, monthly invoices for the fees and costs incurred on client matters were issued by either GBF or by Bryan R. Gerstel, APC ("Gerstel Firm"). I have reviewed each of the monthly invoices issued to Ironwood for work performed since June 2011, including without limitation the invoices referred to in this declaration.

4.     On or about June 4, 2012, and in the normal course of business, the Gerstel Firm sent Ironwood an invoice for the month of May 2012 ("May 2012 Invoice"). The May 2012 Invoice includes billing entries that describe the professional services performed by the Gerstel Firm throughout May 2012. I have reviewed the May 2012 Invoice, which includes 15 hours at an hourly rate of $425. Of those 15 hours, 12 hours were spent assisting Ironwood in the defense of the Cobb Pre-Lawsuit Claim. The remaining hours were spent on tasks unrelated to the defense of Mr. Cobb's claims. A true and correct copy of the May 2012 Invoice is attached hereto as Exhibit 1.

/ / /

Declaration of Bryan R. Gerstel ISO Ironwood's Motion for Partial Summary Judgment

5.       On or about July 2, 2012, and in the normal course of business, the Gerstel Firm sent Ironwood an invoice for the month of June 2012 ("June 2012 Invoice").  The June 2012 Invoice includes billing entries that describe the professional services performed by the Gerstel Firm throughout June 2012.  I have reviewed the June 2012 Invoice, which includes 8 hours at the hourly rate of $425.  Of those 8 hours, 7 hours were spent assisting Ironwood in the defense of the Cobb Pre-Lawsuit Claim.  The remaining hours were spent on tasks unrelated to the defense of Mr. Cobb's claims.  A true and correct copy of the June 2012 Invoice is attached hereto as Exhibit 2.

6.       On or about August 10, 2012, and in the normal course of business, the Gerstel Firm sent Ironwood an invoice for the month of July 2012 ("July 2012 Invoice No. 1").  The July 2012 Invoice No. 1 includes billing entries that describe the professional services performed by the Gerstel Firm throughout July 2012.  I have reviewed the July 2012 Invoice No. 1, which includes 8.25 hours at the hourly rate of $425.  Of those 8.25 hours, 8.25 hours were spent assisting Ironwood in the defense of the Cobb Pre-Lawsuit Claim.  A true and correct copy of the July 2012 Invoice No. 1 is attached hereto as Exhibit 3.

7.       On or about September 1, 2012, and in the normal course of business, the Gerstel Firm sent Ironwood a second invoice for the month of July 2012 ("July 2012 Invoice No. 2").  The July 2012 Invoice No. 2 includes billing entries that describe the professional services performed by the Gerstel Firm throughout July 2012.  I have reviewed the July 2012 Invoice No. 2, which includes 12 hours at the hourly rate of $425 per hour.  Of those 12 hours, 11 hours were spent assisting Ironwood in the defense of the Cobb Pre-Lawsuit Claim.  The remaining hours were spent on tasks unrelated to the defense of Mr. Cobb's claims.  A true and correct copy of the July 2012 Invoice No. 2 is attached hereto as Exhibit 4.

/ / /

/ / /

/ / /

Declaration of Bryan R. Gerstel ISO Ironwood's Motion for Partial Summary Judgment

8.     Around the time that Liberty agreed to defend Ironwood in the Cobb matter, I had a lengthy telephone conversation with the claims adjuster assigned to handle the Cobb Pre-Lawsuit Claim and subsequent Cobb Lawsuit on behalf of Liberty Insurance Underwriters, Inc. ("Liberty"), Christine J. Testaverde.  During our telephone conversation, Ms. Testaverde informed me that Liberty had agreed to pay GBF to defend Ironwood at an hourly rate of $275.00.

9.     On September 25, 2012, I sent a letter to Ms. Testaverde confirming that Liberty had agreed to pay GBF to defend Ironwood at the hourly rate of $275.  A true and correct copy of said September 25 letter is attached hereto as Exhibit 5. Afterwards, neither Ms. Testaverde nor anyone on behalf of Liberty ever contacted me about my September 25 letter or denied or disputed that Liberty had agreed to pay GBF $275 per hour to defend Ironwood in the Cobb Lawsuit.

10.     On or about October 11, 2012, and in the normal course of business, GBF sent Liberty invoice number 32881 dated October 11, 2012 ("Invoice No. 32881"). Invoice No. 32881 includes billing entries that describe the professional services performed by GBF between April 17, 2012 and September 26, 2012.  I have reviewed Invoice No. 32881 and each of the billing entries included therein relate to the Cobb Lawsuit.  However, I am informed and believe that Invoice No. 32881 includes one billing entry – dated April 17, 2012 in the amount of $137.50 – that pre-dates notice of the Cobb Pre-Lawsuit Claim to Liberty.  A true and correct copy of Invoice No. 32881 is attached hereto as Exhibit 6.

11.     I am informed and believe that Ironwood received a letter from Liberty dated October 25, 2012.  Sometime after Ironwood received this letter, I learned that Ironwood's insurance broker, Alan Lux of Tanenbaum Harbor of CA, Inc., sent Liberty copies of the following invoices that had previously been sent to Ironwood: invoice dated June 30, 2011 (for work performed throughout June 2011), invoice dated September 6, 2011 (for work performed throughout July 2011 and August 2011), invoice dated October 13, 2011 (for work performed throughout September 2011),

Declaration of Bryan R. Gerstel ISO Ironwood's Motion for Partial Summary Judgment

invoice dated December 8, 2011 (for work performed throughout November 2011), invoice dated March 5, 2012 (for work performed throughout February 2012), invoice dated April 3, 2012 (for work performed throughout March 2012), and invoice dated May 1, 2012 (for work performed throughout April 2012) (collectively the "Pre-Tender Invoices").

12.    I have reviewed the Pre-Tender Invoices and, as they all pre-date May 2012, they do not include any billing entries related to the defense of the Cobb Pre-Lawsuit Claim and/or the subsequent Cobb Lawsuit.  Instead, the Pre-Tender Invoices contain attorney-client communications describing work performed by me for Ironwood on various matters unrelated to the defense of the Cobb Pre-Lawsuit Claim and the subsequent Cobb Lawsuit.  For example, the Pre-Tender Invoice dated October 13, 2011 refers to a memorandum that I prepared for Ironwood.  This memorandum contains my mental impressions, legal opinions, conclusions and theories.

13.    I have always kept the Pre-Tender Invoices and their contents confidential and submitted them to Ironwood in the normal course of our attorney-client relationship.  The Pre-Tender Invoices were sent to Liberty without my knowledge, approval or authorization.  If I had been asked to submit the Pre-Tender Invoices to Liberty, I would have refused to do so.

14.    Indeed, around the time that Liberty agreed to defend Ironwood in the Cobb matter, I had a lengthy telephone conference with Liberty's claims adjuster assigned to the case, Ms. Testaverde.  During our conversation, we discussed the Cobb Pre-Lawsuit Claim and the subsequent Cobb Lawsuit in detail.  We also discussed my experience in defending similar cases on behalf of other clubs.  At no time during or after our conversation did Ms. Testaverde or anyone from Liberty ask me to send to Liberty the Pre-Tender Invoices.  If Ms. Testaverde (or anyone else) had asked me to send Liberty the Pre-Tender Invoices, I would have refused to do so.

15.    Upon learning that Liberty had received the Pre-Tender Invoices, I learned that Ironwood, through its counsel of record in this action, McLeod Law Group, A.P.C.,

4

requested the return of the Pre-Tender Invoices and requested that Liberty destroy any copies of the Pre-Tender Invoices that had been made. I understand and believe that Liberty has, as of the date of this declaration, refused to return the Pre-Tender Invoices to Ironwood or McLeod Law Group.

16. I am informed and believe that, in addition to the Pre-Tender Invoices, Mr. Lux also sent Liberty copies of the following invoices that had previously been sent to Ironwood: May 2012 Invoice (Exhibit 1 hereto), June 2012 Invoice (Exhibit 2 hereto), July 2012 Invoice No. 1 (Exhibit 3 hereto), and July 2012 Invoice No. 2 (Exhibit 4 hereto) (collectively "Post-Tender Invoices"). Of the invoices that Mr. Lux sent to Liberty, these Post-Tender Invoices are the only invoices that include billing entries related to the defense of the Cobb Pre-Lawsuit Claim and/or the subsequent Cobb Lawsuit.

17. I am informed and believe that, in addition to the Pre-Tender Invoices and Post-Tender Invoices, Mr. Lux also sent Liberty copies of the following invoices that the Lavely & Singer firm had previously issued to Ironwood: invoice dated June 30, 2012 (for work performed throughout June 2012) and invoice dated July 31, 2012 (for work performed throughout July 2012) (collectively "Lavely & Singer Invoices"). Ironwood did not retain the Lavely & Singer firm to assist me with the defense of the Cobb Pre-Lawsuit Claim and/or the subsequent Cobb Lawsuit. I have reviewed the Lavely & Singer Invoices and they do not include billing entries related to the defense of the Cobb Pre-Lawsuit Claim and/or the subsequent Cobb Lawsuit.

18. On or about November 21, 2012, and in the normal course of business, GBF sent Liberty invoice number 33184 dated November 21, 2012 ("Invoice No. 33184"). Invoice No. 33184 includes billing entries that describe the professional services performed by GBF between October 10, 2012 and October 31, 2012. I have reviewed Invoice No. 33184 and each of the billing entries included therein relate to the Cobb Lawsuit. A true and correct copy of Invoice No. 33184 is attached hereto as Exhibit 7.

19.    On or about December 12, 2012, and in the normal course of business, GBF sent Liberty invoice number 33595 dated December 12, 2012 ("Invoice No. 33595").  Invoice No. 33595 includes billing entries that describe the professional services performed by GBF between November 3, 2012 and November 30, 2012.  I have reviewed Invoice No. 33595 and each of the billing entries included therein relate to the Cobb Lawsuit.  A true and correct copy of Invoice No. 33595 is attached hereto as Exhibit 8.

20.    On or about January 27, 2013, and in the normal course of business, GBF sent Liberty invoice number 33915 dated January 27, 2013 ("Invoice No. 33915").  Invoice No. 33915 includes billing entries that describe the professional services performed by GBF between December 3, 2012 and December 20, 2012.  I have reviewed Invoice No. 33915 and each of the billing entries included therein relate to the Cobb Lawsuit.  A true and correct copy of Invoice No. 33915 is attached hereto as Exhibit 9.

21.    On or about February 12, 2013, and in the normal course of business, GBF sent Liberty invoice number 34121 dated February 12, 2013 ("Invoice No. 34121").  Invoice No. 34121 includes billing entries that describe the professional services performed by GBF between January 2, 2013 and January 31, 2013.  I have reviewed Invoice No. 34121 and each of the billing entries included therein relate to the Cobb Lawsuit.  A true and correct copy of Invoice No. 34121 is attached hereto as Exhibit 10.

22.    On or about February 21, 2013, the Gerstel Firm received from Ironwood check no. 45870 in the amount of $10,000.00.  I am informed and believe that Ironwood made this payment so as to satisfy the $10,000.00 retention under the insurance policy that is at issue in the above-entitled action.  Ironwood's payment was applied toward the defense fees and costs incurred in connection with the Cobb Pre-Lawsuit Claim and subsequent Cobb Lawsuit.  A true and correct copy of Ironwood check no. 45870, which has been redacted to keep Ironwood's bank account number

Declaration of Bryan R. Gerstel ISO Ironwood's Motion for Partial Summary Judgment

private and confidential, is attached hereto as Exhibit 11.

23.   I am informed and believe that, on or about February 26, 2013, Liberty sent a letter to Ironwood informing Ironwood that it was denying coverage and withdrawing from Ironwood's defense in connection with the Cobb Lawsuit.  However, at no time has anyone for Liberty ever notified me in writing or orally that Liberty is refusing to pay for the legal services that Liberty had previously agreed to pay and are reflected on invoices attached hereto.

24.   On or about March 6, 2013, and in the normal course of business, GBF sent Liberty invoice number 34373 dated March 6, 2013 ("Invoice No. 34373"). Invoice No. 34373 includes billing entries that describe the professional services performed by GBF between February 1, 2013 and February 28, 2013.  I have reviewed Invoice No. 34373 and each of the billing entries included therein relate to the Cobb Lawsuit. However, I am informed and believe that Invoice No. 34373 includes four billing entries – dated February 27 and February 28, 2013 and totaling $357.50 – that post-date Liberty's withdrawal from Ironwood's defense in the Cobb Lawsuit.  A true and correct copy of Invoice No. 34373 is attached hereto as Exhibit 12.  GBF sent Liberty Invoice No. 34373 after Liberty withdrew from Ironwood's defense in the Cobb Lawsuit.  So as to prevent the waiver of any applicable privileges, including without limitation the attorney-client privilege and the attorney work product doctrine, and so as to avoid disclosure of privileged and/or confidential information to third parties that could use said information against Ironwood in the Cobb Lawsuit, Exhibit 12 has been redacted to keep private and confidential the description of the professional services provided by GBF.

25.   Prior to March 6, 2013, I learned that Liberty had assigned a new claims adjuster, Seon Choi, to replace Ms. Testaverde in connection with the Cobb matter. During the month of February 2013, I assigned Matthew T. Poelstra, Esq. of GBF to prepare a status report letter to Ms. Choi.  On March 6, 2013, at my direction, Mr. Poelstra issued a status report letter to Ms. Choi.  A true and correct copy of the March

1  6, 2013 status report letter from Mr. Poelstra to Ms. Choi is attached hereto as Exhibit
2  13.

3       26.     Although the March 6, 2013 status report letter invited Ms. Choi to request
4  copies of any of the written materials described in the letter, neither Ms. Choi nor
5  anyone else from Liberty has responded to the March 6 letter.  Indeed, neither Ms. Choi
6  nor anyone at Liberty has refused to pay for the legal fees that were incurred in
7  connection with the matters set forth in the March 6 letter.

8       27.     I have conferred with the accounting departments at the Gerstel Firm and
9  GBF.  As of the date of this declaration, I am informed and believe that Liberty has not
10 paid either the Gerstel Firm or GBF any money for work performed in defending
11 Ironwood in the Cobb Lawsuit.  Using the $275 hourly rate that Liberty agreed to pay
12 for Ironwood's defense, the amount unpaid by Liberty for the aforementioned Gerstel
13 Firm invoices (Exhibits 1 through 4 hereto) totals $10,518.75 (38.25 hours at $275 per
14 hour).  And the amount unpaid by Liberty for the GBF invoices (Exhibits 6 through 10
15 and Exhibit 12 hereto) totals $56,050.61 (after subtracting $137.50 plus $357.50 for
16 pre-notice and post-withdrawal amounts, respectively).  Moreover, after subtracting the
17 $10,000 retention payment made by Ironwood (Exhibit 11 hereto), the amount unpaid
18 by Liberty from the date of notice (May 15, 2012) through the date of withdrawal
19 (February 26, 2013) totals $56,569.36.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

8

Declaration of Bryan R. Gerstel ISO Ironwood's Motion for Partial Summary Judgment

1       I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct.

3       Executed at ___San Diego___, California, on December __17__, 2013.

4

5                                                  _____

6                                        Bryan R. Gerstel, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

### Bryan R. Gerstel, apc
73-710 Fred Waring Dr. Suite 120
Palm Desert, CA  92260
Tel: 760-346-9310
Fax: 760-346-9031
June 4, 2012

Bryan R. Gerstel
Of Counsel
Green Bryant & French

## Statement for Legal Services
## Month of May 2012
## Ironwood Country Club
## Assessment Issues

Review re DBA; telecon Tanner re Board Retreat & status of assessment claims; review re Arbitration provision; review files re preparation for Board meeting; attend Board Meeting re discuss assessment issues with new Board; telecon Tanner te meeting & follow up required; review Cobb demands; telecon Tanner re status; telecons Wolf re defamation issues; telecons Tanner re same; review Clubs proposed Offer to Members re assessment issues; prepare Memo re same; telecons Tanner re issues in proposal; revise portions of Proposal; telecon Tanner re Emeritus agreements and revisions thereto; revise agreements; further review of Benefit package; review 6 proposed agreements; telecon Tanner re same; further revisions to proposed Benefit package;review Cobb email & telecons Tanner re same;review Cobb email; review Cobb correspondence and related materials; telecons Tanner re same; review correspondence re Harris claims

15  Hours at $425
Total Due for Fees: $6375

TRANS DATE

MAY 2012

Exhibit _____
Page _____

# EXHIBIT 2

### Bryan R. Gerstel, apc
*73-710 Fred Waring Dr. Suite 120*
*Palm Desert, CA 92260*
*Tel: 760-346-9310*
*Fax: 760-346-9031*
*July 2, 2012*

Bryan R. Gerstel
Of Counsel
Green Bryant & French

## Statement for Legal Services
## Month of June 2012
## Ironwood Country Club
## Assessment Issues

Review Muench Agreement; research re expected claims and Club liability; telecon Tanner; review Cobb correspondence re: claims; review emails re same; telecon Wolf re action; review Smith and Wolf letters; review letter to Smith re document demands and inspections request; email Wolf re same;review Cobb demands for records; telecon Tanner re strategy; telecons Mueller re facts and claims; telecon Wolf re Mediation; telecon Tanner re same; review correspondence re Mediation; telecons Tanner re mediation; review correspondence re same; research re Mediators available; telecons Tanner & Wolf re same; review emails re mediation issues; telecon Wolf re mediation strategy and choice of mediators

8  Hours at $425
Total Due for Fees: $3600

Please send check to:
Bryan R. Gerstel, apc
73710 Fred Waring Dr. Su 120
Palm Desert, Ca 92260

Exhibit _____2_____
Page _____ι_____

# EXHIBIT 3

**Bryan R. Gerstel, apc**
*73-710 Fred Waring Dr. Suite 120*
*Palm Desert, CA 92260*
*Tel: 760-346-9310*
*Fax: 760-346-9031*
*August 10, 2012*

*Bryan R. Gerstel*
Of Counsel
Green Bryant & French

# Statement for Legal Services
## Month of July 2012
## Ironwood Country Club

Review draft of Tolling Agreement, telecons Wolf re same; review emails re mediation; further review of Standstill document and email Wolf; prepare revisions to same; telecon Tanner re Statute of Limitations issues for Surrendered memberships; research re effect of surrender and abandonment; prepare memorandum to Board re Statute of Limitations issues; review re Assessment issues; telecon Tanner re Resignation documents; review correspondence to Surrendering members; telecon Tanner re Mediation; initial review re Class Action Arbitrations.

8 1/4 Hours at $425
Total Due for Fees: $3500

Please send check to:
Bryan R. Gerstel, apc
73710 Fred Waring Dr. Su 120
Palm Desert, Ca 92260

TRANS DATE
AUG 20 2012
BY

ADM - LEGAL FEES
91-712-00

Received
AUG 17 2012
Accounting

PAID

Exhibit ____
Page ____

# EXHIBIT 4

**Bryan R. Gerstel, apc**
*73-710 Fred Waring Dr. Suite 120*
*Palm Desert, CA 92260*
*Tel: 760-346-9310*
*Fax: 760-346-9031*
*September 1 ,2012*

**Bryan R. Gerstel**
Of Counsel
Green Bryant & French

## Statement for Legal Services
## Month of July 2012
## Ironwood Country Club

Review emails re mediation; telecons wolf re coordinate mediation;telecon tanner re mediation scheduling; review letters re mediation issues; further telecons and letter review re mediation and issues and briefing; review cobb letters and emails re demands upon club/ asserted claims; prepare auditors letter after review; telecons tanner and wolf re complaint filed and service issues; telecon tanner re complaint filed and served; initial review of complaint; further review and analysis of pleadings (complaint and exhibits) re appropriate responsive pleadings; further review so same; teleconference with Boardof Directors re review and analyze complaint and explain proposed motions to strike and demurrers;telecons tanner re numerous issues related to complaint and notice to members; teleconference with PR firm re communication to members

Received
SEP 10 2012
Accounting

12 Hours at $425
Total Due for Fees: $5100

Please send check to:
Bryan R. Gerstel, apc at the above address

Exhibit _____ 4
Page _____

# EXHIBIT 5

bryan gerstel                                              858-756-8710                     p.1

RONALD M. GREEN†
JOEL R. BRYANT
JEFFREY A. FRENCH††
ELIZABETH A. FRENCH
MATTHEW T. POELSTRA
AHMED S. DIAB
ELIZABETH A. CALL

Of Counsel:
BRYAN R. GERSTEL·

* A Professional Corporation
† Also Licensed in Colorado
†† Also Licensed in Washington

# GREEN BRYANT & FRENCH, LLP
### ATTORNEYS AT LAW
· 1230 COLUMBIA STREET, SUITE 1120
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 239-7900 FACSIMILE (619) 239-7800

Coachella Valley Office

73-710 Fred Waring Dr.
Suite 120
Palm Desert, CA 92260
Tel - (760) 346-9310
Fax - (760) 346-9031

September 25, 2012

Ms. Christine J. Testaverde
Liberty Insurance Underwriters
55 Waters Street, 18th Floor
New York, NY 10041

      *Re:*   *Ironwood Country Club*

Dear Ms. Testaverde:

      It was certainly a pleasure speaking with you last week with regard to the litigation commenced by Mr. Cobb et al. vs. Ironwood Country Club.

      It is my understanding that the Club's insurance agent, Allan Lux of Tanenbaum Harber of California Inc. has tendered this claim to your company and requested a defense and indemnity.

      This letter will confirm that Liberty Insurance Underwriters has agreed to pay our firm to defend this action and that our hourly rate will be $275 per hour.

      I enclose a copy of the Complaint and our responsive pleadings by way of Demurrer and Motion to Strike.

      After you have had an opportunity to review them, if you have any questions, of course please don't hesitate to call me at any time. I will be coordinating the defense effort on behalf of our firm and will deal directly with you on all matters that are appropriate.

      I look forward to working with you on this matter.

            Very truly yours,

            GREEN BRYANT & FRENCH, LLP

            BRYAN R. GERSTEL, ESQ.

BRG:gb
Enclosure(s)
Cc: Josh Tanner, Ironwood Country Club
F:\GCB\_Letterhead.doc

Exhibit _____5_____
Page _____1_____

# EXHIBIT 6

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street
Suite 1120
San Diego, CA 92101

Tel:   619-239-7900
Fax:   619-239-7800
Toll Free:  866-342-3529

---

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

October 11, 2012

In Reference To:   Cobb v. Ironwood Country Club
File No:         06106.004
Invoice No.:     32881

### Billing Summary

| | |
|---|---|
| Total for services rendered | $4,991.25 |
| Total expenses | $0.00 |
| Total interest and finance charges | $0.00 |
| Total previous balance | $0.00 |
| Total payments and other transactions | $0.00 |

To pay by credit card, please provide the following information:   ☐ Visa   ☐ MasterCard   ☐ American Express

Credit Card Number: _____   Expiration Date: _____

Name and address as it appears on credit card: _____

_____

Payment amount $ _____   Signature: _____   Tel: _____

Exhibit ____6____
Page ____1____

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street Suite 1120
San Diego, California 92101
Tel: 619-239-7900 Fax: 619-239-7800

*Invoice*

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

Date:            October 11, 2012
File No:             06106.004
Invoice No:              32881

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/17/2012 | BRG | REVIEW COBB EMAILS AND RELATED CORRESPONDENCE. | 0.50 275.00/hr | 137.50 |
| 8/14/2012 | BRG | TELEPHONE CONFERENCE WITH WOLF REGARDING MEDIATION EFFORTS AND PARAMETERS OF SAME; TELECONFERENCE WITH TANNER REGARDING SAME. | 0.50 275.00/hr | 137.50 |
| 8/21/2012 | MTP | RECEIPT REVIEW 114-PAGE COMPLAINT; ANALYSIS REGARDING SAME. | 1.20 275.00/hr | 330.00 |
| | BRG | REVIEW AND ANALYSIS OF COBB COMPLAINT; ANALYZE POTENTIAL FOR DEMURRER AND MOTION TO STRIKE. | 1.75 275.00/hr | 481.25 |
| 8/23/2012 | MTP | FURTHER ANALYSIS OF COMPLAINT AND ATTACHMENTS THERETO; ANALYSIS REGARDING STRATEGY FOR RESPONSE. | 1.20 275.00/hr | 330.00 |
| 8/24/2012 | RMG | ANALYSIS AND EVALUATION OF DEFENSES TO CLAIMS AND COA AGAINST CLIENT | 0.50 275.00/hr | 137.50 |
| | MTP | FURTHER ANALYSIS OF COMPLAINT AND STRATEGY REGARDING RESPONSE. | 0.80 275.00/hr | 220.00 |
| | BRG | RESEARCH AND ANALYSIS OF POINTS IN COMPLAINT THAT ARE SUBJECT TO DEMURRER. | 1.00 275.00/hr | 275.00 |
| 8/25/2012 | BRG | PREPARATION OF PRELIMINARY OUTLINE FOR STRATEGY TO DEMURRER. | 0.50 275.00/hr | 137.50 |
| 8/27/2012 | BRG | TELEPHONE CONFERENCE WITH SLOVAK REGARDING PLEADINGS AND POSSIBILITY OF ANOTHER MEDIATION. | 0.25 275.00/hr | 68.75 |
| 8/28/2012 | MTP | ANALYSIS REGARDING BOD APPROVE STRATEGY REGARDING DEMURRER AND MOTION TO STRIKE; AND REGARDING LETTER TO MEMBERSHIP REGARDING SAME. | 0.30 275.00/hr | 82.50 |
| | MTP | REVIEW CORRESPONDENCE REGARDING PR FIRM AND ADVISING BOD OF LITIGATION; ANALYSIS REGARDING SAME. | 0.30 275.00/hr | 82.50 |

Exhibit ___6___
Page ___2___

Liberty Insurance Underwriters                                                         Page      2

|            |     |                                                                                                                       | Hrs/Rate | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|----------|--------|
| 8/28/2012  | BRG | TELEPHONE CONFERENCE WITH TANNER AND WOLF REGARDING DEMURRER AND COORDINATION OF EFFORTS.                              | 0.25 275.00/hr | 68.75 |
| 9/10/2012  | MTP | DRAFTED DEMURRER TO COMPLAINT                                                                                          | 1.30 275.00/hr | 357.50 |
| 9/12/2012  | MTP | CONT TO DRAFT DEMURRER TO COMPLAINT                                                                                    | 1.60 275.00/hr | 440.00 |
| 9/13/2012  | MTP | CONT TO DRAFT DEMURRER                                                                                                 | 0.80 275.00/hr | 220.00 |
| 9/14/2012  | MTP | CONT TO DRAFT AND REVISE DEMURRER; DRAFT MOTION TO STRIKE AND ANALYSIS REGARDING SPECIFIC ALLEGATIONS TO BE STRICKEN   | 4.40 275.00/hr | 1,210.00 |
| 9/18/2012  | MTP | FURTHER ANALYSIS REGARDING DEMURRER AND MOTION TO STRIKE; FURTHER MODIFICATIONS TO SAME; FURTHER RESEARCH REGARDING 1021.5 FEES AWARD LIMITATIONS AND ANALYSIS REGARDING SAME | 0.80 275.00/hr | 220.00 |
| 9/26/2012  | MTP | FOLLOW UP REGARDING CONVERSATION WITH OPPOS COUNSEL                                                                    | 0.20 275.00/hr | 55.00 |

For professional services rendered                                                         18.15     $4,991.25

Balance due                                                                                        $4,991.25

Exhibit ___6___
Page ___13___

# EXHIBIT 7

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street
Suite 1120
San Diego, CA 92101

Tel:      619-239-7900
Fax:      619-239-7800
Toll Free:  866-342-3529

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

November 21, 2012

In Reference To:   Cobb v. Ironwood Country Club
File No:            06106.004
Invoice No.:        33184

## Billing Summary

| | |
|---|---|
| Total for services rendered | $4,290.00 |
| Total expenses | $746.96 |
| Total interest and finance charges | $0.00 |
| Total previous balance | $4,991.25 |
| Total payments and other transactions | $0.00 |

To pay by credit card, please provide the following information:    ☐ Visa    ☐ MasterCard    ☐ American Express

Credit Card Number: _____    Expiration Date: _____

Name and address as it appears on credit card: _____

_____

Payment amount $ _____    Signature: _____    Tel: _____

Exhibit ___7___
Page ___1___

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street Suite 1120
San Diego, California 92101
Tel: 619-239-7900 Fax: 619-239-7800

*Invoice*

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

| | |
|---|---|
| Date: | November 21, 2012 |
| File No: | 06106.004 |
| Invoice No: | 33184 |

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2012 | MTP | RECEIPT REVIEW DEMURRER AND MOTION TO STRIKE OPPOS.; ANALYSIS RE SAME | 1.60 275.00/hr | 440.00 |
| 10/11/2012 | MTP | FURTHER ANALYSIS REGARDING OPPOS AND STRATEGY REGARDING REPLY TO SAME | 0.80 275.00/hr | 220.00 |
| 10/15/2012 | MTP | CONT TO DRAFT AND FINALIZE REPLY REGARDING OPPOS TO DEMURRER AND MOTION TO STRIKE | 1.90 275.00/hr | 522.50 |
| 10/22/2012 | RMG | PREPARE FOR COURT HEARING ON DEMURRER; CHECK TENTATIVE RULING AND ANALYZE SAME; RECEIVE AND REVIEW TENTATIVE RULING REGARDING DEMURRER; MOTION TO STRIKE | 3.25 275.00/hr | 893.75 |
| 10/23/2012 | RMG | FURTHER PREPARATION FOR AND APPEAR AT DEMURRER HEARING; TRAVEL TO AND FROM PALM DESERT TO COURTHOUSE REGARDING SAME | 3.60 275.00/hr | 990.00 |
| 10/24/2012 | MTP | RECEIPT REVIEW CORRESPONDENCE REGARDING WRITTEN MINUTE ORDER FROM HEARING | 0.20 275.00/hr | 55.00 |
| 10/25/2012 | MTP | FORWARD MINUTE ORDER FOR DEMURRER AND MOTION TO STRIKE FOR CLIENT REVIEW | 0.20 275.00/hr | 55.00 |
| 10/29/2012 | MTP | ANALYSIS REGARDING DEMURRER MINUTE ORDER; TELEPHONE CONFERENCE WITH JOSH TANNER REGARDING SAME | 0.30 275.00/hr | 82.50 |
| 10/31/2012 | BRG | REVIEW AND ANALYZE PLAINTIFFS OPPOSITION TO DEMURRER AND MOTION TO STRIKE | 1.00 275.00/hr | 275.00 |
| | BRG | REVIEW EMAILS REGARDING SAME | 0.50 275.00/hr | 137.50 |
| | BRG | REVIEW PLEADINGS REGARDING PREPARATION OF RESPONSE TO OPPOSITION TO DEMURRER | 1.50 275.00/hr | 412.50 |
| | BRG | TELEPHONE CONFERENCE WITH CLIENT REGARDING RESPONSE AND HEARING | 0.50 275.00/hr | 137.50 |

Exhibit ____7____
Page ____2____

Liberty Insurance Underwriters                                                        Page      2

|            |     |                                                                  | Hrs/Rate | Amount |
|------------|-----|------------------------------------------------------------------|----------|--------|
| 10/31/2012 | BRG | CONFERENCE CLUB BOARD OF DIRECTORS REGARDING STATUS OF LITIGATION | 0.25 275.00/hr | 68.75 |
|            |     | For professional services rendered                               | 15.60    | $4,290.00 |

Costs Advanced

| 9/18/2012  | ONLINE LEGAL RESEARCH                    | 144.62 |
|------------|------------------------------------------|--------|
| 9/20/2012  | CNTY RVSD ONLINE CIVIL  COURT SERVICE    | 480.00 |
|            | CNTY RVSD ONLINE CIVIL  COURT SERVICE    | 90.00  |
| 10/21/2012 | NORCO - PD 436084 SLOVAK BARON - RECIPIENT | 19.34 |
| 10/31/2012 | PHOTOCOPIES                              | 0.50   |
|            | SCAN DOCUMENTS                           | 0.50   |
|            | FAX CHARGES                              | 12.00  |

| Total costs advanced   | $746.96 |
|------------------------|---------|

| Total amount of this bill | $5,036.96 |
|---------------------------|-----------|
| Previous balance          | $4,991.25 |

| Balance due | $10,028.21 |
|-------------|------------|

Exhibit 7
Page 3

# EXHIBIT 8

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street
Suite 1120
San Diego, CA 92101

Tel:        619-239-7900
Fax:       619-239-7800
Toll Free:  866-342-3529

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

December 12, 2012

In Reference To:   **Cobb v. Ironwood Country Club**
File No:            06106.004
Invoice No.:        33595

## Billing Summary

| | |
|---|---|
| Total for services rendered | $5,720.00 |
| Total expenses | $32.44 |
| Total interest and finance charges | $0.00 |
| Total previous balance | $10,028.21 |
| Total payments and other transactions | $0.00 |
| Balance Due | |

---

To pay by credit card, please provide the following information:   ☐ Visa   ☐ MasterCard   ☐ American Express

Credit Card Number: _____   Expiration Date: _____

Name and address as it appears on credit card: _____

_____

Payment amount $ _____   Signature: _____   Tel: _____

---

Exhibit _____ 8 _____
Page _____ 1 _____

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street Suite 1120
San Diego, California 92101
Tel: 619-239-7900 Fax: 619-239-7800

*Invoice*

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

| | | | | |
|---|---|---|---|---|
| Date: | | December 12, 2012 |
| File No: | | 06106.004 |
| Invoice No: | | 33595 |

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/3/2012 | BRG | REVIEW E-MAILS REGARDING DEMURRER. | 0.50 275.00/hr | 137.50 |
| 11/8/2012 | MTP | ANALYSIS REGARDING STATUS OF CASE | 0.30 275.00/hr | 82.50 |
| | MTP | RECEIPT REVIEW 101 DOC REQUESTS FROM PLAINTIFF; ANALYSIS REGARDING SAME | 0.90 275.00/hr | 247.50 |
| 11/9/2012 | MTP | FURTHER ANALYSIS REGARDING DOC REQUEST TO CLIENT | 0.60 275.00/hr | 165.00 |
| | MTP | RECEIPT REVIEW 'ERRATA' TO RFPS FROM PLAINTIFF; ANALYSIS REGARDING SAME | 0.60 275.00/hr | 165.00 |
| | BRG | REVIEW COBB REQUEST FOR PRODUCTION OF DOCUMENTS AND RESPONSES REQUIRED. | 0.50 275.00/hr | 137.50 |
| 11/13/2012 | MTP | RECEIPT REVIEW TRANSCRIPT FROM 10/23 HEARING; ANALYSIS REGARDING SAME | 1.00 275.00/hr | 275.00 |
| 11/15/2012 | MTP | DRAFTED OBJECTIONS TO DOC REQUESTS (SET ONE) - 101 REQUESTS | 4.90 275.00/hr | 1,347.50 |
| | MTP | CORRESPONDENCE WITH OPPOS COUNSEL OFFICE REGARDING NATIVE FORM OF RFPS FOR RESPONSE | 0.20 275.00/hr | 55.00 |
| 11/16/2012 | MTP | FURTHER REVIEW AND MODIFICATION TO OBJECTIONS AND RESPONSES TO RFPS SERVED BY PLAINTIFF | 1.90 275.00/hr | 522.50 |
| | MTP | CORRESPONDENCE TO CLIENT REGARDING STATUS OF DISCOVERY SERVE BY P | 0.20 275.00/hr | 55.00 |
| | MTP | DRAFTED MEMORANDUM TO CLIENT REGARDING ANSWER AND INITIAL DISCOVERY PLAN TO BE SERVED BY IRONWOOD | 0.60 275.00/hr | 165.00 |

Exhibit ___8___
Page ___2___

Liberty Insurance Underwriters

Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2012 | MTP | REVIEW COMPLAINT AND DRAFTED ANSWER TO COMPLAINT | 1.30 275.00/hr | 357.50 |
| | BRG | REVIEW PROPOSED ANSWER TO COMPLAINT. | 0.75 275.00/hr | 206.25 |
| 11/20/2012 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM OPPOS COUNSEL REGARDING DISCOVERY; ANALYSIS REGARDING SAME | 0.30 275.00/hr | 82.50 |
| 11/24/2012 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM CLIENT REGARDING MEETING TO DISCUSS DISCOVERY SERVED BY PLAINTIFF | 0.20 275.00/hr | 55.00 |
| 11/26/2012 | MTP | MULTIPLE CORRESPONDENCE WITH CLIENT REGARDING MEETING TO DISCUSS DISCOVERY RESPONSE TO DOCUMENT REQUESTS SERVED BY PLAINTIFF | 0.30 275.00/hr | 82.50 |
| 11/27/2012 | MTP | RECEIPT REVIEW MESSAGE REGARDING OPPOS COUNSEL REGARDING DISCOVERY; ANALYSIS REGARDING SAME | 0.20 276.00/hr | 55.00 |
| 11/29/2012 | MTP | TELEPHONE CONFERENCE WITH OPPOS COUNSEL REGARDING DISCOVERY; MEMORANDUM REGARDING SAME; ANALYSIS REGARDING SAME | 0.60 275.00/hr | 165.00 |
| | MTP | CORRESPONDENCE TO CLIENT REGARDING DOCS/FILES FOR PREPARATION FOR DOC REVIEW TOMORROW | 0.20 275.00/hr | 55.00 |
| | BRG | ANALYZE DISCOVERY PLANS AND EVALUATE DISCOVERY STRATEGY REGARDING MOTIONS FOR SUMMARY JUDGMENT. | 0.75 275.00/hr | 206.25 |
| | BRG | REVIEW ACCOUNTANTS INPUT ON ASSESSMENT ISSUES. | 0.50 275.00/hr | 137.50 |
| 11/30/2012 | MTP | ATTEND MEETING WITH CLIENT REGARDING DOCUMENT PRODUCTION; TRAVEL TO/FROM CLUB FOR SAME | 2.80 275.00/hr | 770.00 |
| | MTP | CORRESPONDENCE TO OPPOS COUNSEL REGARDING TIME ESTIMATE FOR PRODUCTION OF RECORDS | 0.20 275.00/hr | 55.00 |
| | BRG | REVIEW RICHARD'S FILE REGARDING DISCOVERY ISSUES. | 0.50 275.00/hr | 137.50 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 20.80 | $5,720.00 |

Costs Advanced

| | | | |
|---|---|---|---|
| 10/5/2012 | MATTHEW POELSTRA 10/23/12 - DEMURRER HEARING(INDIO) | | 12.44 |
| 10/23/2012 | JEANNIE L. CROW, CSR COURT PROCEEDINGS | | 20.00 |

| | |
|---|---|
| Total costs advanced | $32.44 |
| Total amount of this bill | $5,752.44 |
| Previous balance | $10,028.21 |

Exhibit _8_
Page _3_

**Liberty Insurance Underwriters**                                                        Page    3

                                                                                          Amount

                   Balance due                                                         $15,780.65

Exhibit ___8___
Page ___4___

# EXHIBIT 9

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street
Suite 1120
San Diego, CA 92101

| | |
|---|---|
| Tel: | 619-239-7900 |
| Fax: | 619-239-7800 |
| Toll Free: | 866-342-3529 |

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

January 27, 2013

In Reference To:   Cobb v. Ironwood Country Club
File No:            06106.004
Invoice No.:        33915

## Billing Summary

| | |
|---|---|
| Total for services rendered | $1,842.50 |
| Total expenses | $305.03 |
| Total interest and finance charges | $0.00 |
| Total previous balance | $15,780.65 |
| Total payments and other transactions | $0.00 |

To pay by credit card, please provide the following information:     ☐Visa   ☐ MasterCard   ☐ American Express

Credit Card Number: _____     Expiration Date: _____

Name and address as it appears on credit card: _____

_____

Payment amount $ _____     Signature: _____     Tel: _____

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*     Exhibit 7
Page 1

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street Suite 1120
San Diego, California 92101
Tel: 619-239-7900 Fax: 619-239-7800

*Invoice*

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

| | | Date: | January 27, 2013 |
| --- | --- | --- | --- |
| | | File No: | 06106.004 |
| | | Invoice No: | 33915 |

Professional Services

| | | | Hrs/Rate | Amount |
| --- | --- | --- | --- | --- |
| 12/3/2012 | MTP | TELEPHONE CONFERENCE WITH JOSH REGARDING RFP #6. | 0.20 275.00/hr | 55.00 |
| | MTP | TELEPHONE CONFERENCE WITH GAIL EGAN REGARDING ACCOUNTING DOCUMENTS; MEMORANDUM REGARDING SAME | 0.20 275.00/hr | 55.00 |
| | MTP | RECEIPT REVIEW DEMURRER TO ANSWER TO COMPLAINT FILED BY PLAINTIFFS; ANALYSIS REGARDING SAME | 1.00 275.00/hr | 275.00 |
| | MTP | REVIEW AND ANALYSIS REGARDING SLOVAK'S ANSWER IN CONROY CASE REGARDING SIMILAR LANGUAGE PLEADED FOR AFFIRMATIVE DEFENSES FOR RESPONSE TO DEMURRER | 0.30 275.00/hr | 82.50 |
| 12/4/2012 | MTP | DISCUSSION WITH CLIENT REGARDING BINDER DOCUMENTS AND PLAINTIFF'S FILES COPIED; FURTHER CORRESPONDENCE REGARDING SAME; BEGAN REVIEW OF DOCS REGARDING RESPONSE TO RFPS | 2.40 275.00/hr | 660.00 |
| | MTP | RECEIPT REVIEW DISCOVERY INDEX PREPARED BY CLIENT | 0.20 275.00/hr | 55.00 |
| 12/6/2012 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM OPPOS COUNSEL REGARDING DOC REQUESTS; ANALYSIS REGARDING SAME; DRAFTED RESPONSE TO SAME | 0.60 275.00/hr | 165.00 |
| 12/7/2012 | MTP | CORRESPONDENCE WITH CLIENT REGARDING DATE OF DELIVERY OF COMPLAINT AND SUMMONS | 0.20 275.00/hr | 55.00 |
| | MTP | DRAFT LETTER TO OPPOS COUNSEL FOR SERVICE ON MONDAY REGARDING FOLLOW UP REGARDING CONTINUED DATE FOR DEPOSITION OF CUSTODIAN OF RECORDS FOR END OF JAN 2013 | 0.20 275.00/hr | 55.00 |
| 12/17/2012 | MTP | RESEARCH REGARDING FACTS PLEADED IN SUPPORT OF AFFIRMATIVE DEFENSES; CASES CITED BY PLAINTIFF IN SUPPORT OF OPPOS; TO DEMURRER. | 0.60 275.00/hr | 165.00 |
| 12/18/2012 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM OPPOS COUNSEL REGARDING EXTENSION TO FILE MTC AND REGARDING DISCOVERY PLAN | 0.20 275.00/hr | 55.00 |

Exhibit 9
Page 2

Liberty Insurance Underwriters                                                    Page      2

|            |     |                                                                                    | Hrs/Rate | Amount |
|------------|-----|------------------------------------------------------------------------------------|----------|--------|
| 12/18/2012 | MTP | ANALYSIS REGARDING DOCS PRODUCTION AND DEPOSITION OF CUSTODIAN OF RECORDS           | 0.20 275.00/hr | 55.00 |
| 12/20/2012 | MTP | RECEIPT REVIEW DISCOVERY PLAN LETTER FROM OPPOS COUNSEL; ANALYSIS REGARDING SAME    | 0.40 275.00/hr | 110.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered | 6.70 | $1,842.50 |

Costs Advanced

| | | |
|---|---|---|
| 11/20/2012 | LEGAL DOCUMENT SPECIALISTS, INC. GREEN.38549 COURT SERVICE | 45.00 |
| 11/30/2012 | ONLINE LEGAL RESEARCH. | 35.30 |
| | MATTHEW POELSTRA 11/28/12 - DEPO OF GREENBERG | 104.23 |
| 12/17/2012 | ONLINE LEGAL RESEARCH. | 34.45 |
| 12/20/2012 | PHOTOCOPIES | 66.50 |
| | SCAN DOCUMENTS | 2.25 |
| | POSTAGE | 1.30 |
| | FAX CHARGES | 16.00 |
| | Total costs advanced | $305.03 |

| | |
|---|---|
| Total amount of this bill | $2,147.53 |
| Previous balance | $15,780.65 |
| Balance due | $17,928.18 |

Exhibit   9
Page   3

# EXHIBIT 10

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street
Suite 1120
San Diego, CA  92101

Tel:      619-239-7900
Fax:      619-239-7800
Toll Free:  866-342-3529

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

February 12, 2013

In Reference To:   Cobb v. Ironwood Country Club
File No:            06106.004
Invoice No.:        34121

## Billing Summary

| | |
|---|---|
| Total for services rendered | $16,855.00 |
| Total expenses | $534.50 |
| Total interest and finance charges | $0.00 |
| Total previous balance | $17,928.18 |
| Total payments and other transactions | $0.00 |

Balance Due

To pay by credit card, please provide the following information:   ☐ Visa   ☐ MasterCard   ☐ American Express

Credit Card Number: _____ Expiration Date: _____

Name and address as it appears on credit card: _____

_____

Payment amount $ _____   Signature: _____   Tel: _____

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Exhibit ___10___
Page ___1___

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street Suite 1120
San Diego, California 92101
Tel: 619-239-7900 Fax: 619-239-7800

*Invoice*

Liberty Insurance Underwriters
c/o Christine J. Testaverde
55 Water Street, 18th Floor
New York, NY 10041

Date:        February 12, 2013
File No:        06106.004
Invoice No:        34121

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2013 | MTP | DRAFTED RESPONSE TO 12/19 LETTER FROM OPPOS COUNSEL REGARDING DISCOVERY ISSUES | 0.80 275.00/hr | 220.00 |
| | MTP | ANALYSIS REGARDING BYLAW AMENDMENT REGARDING ARBITRATION PASSED; REVIEW UPDATED BYLAWS AND CERT OF SECRETARY; DRAFTED CORRESPONDENCE TO OPPOS COUNSEL REGARDING SAME | 0.70 275.00/hr | 192.50 |
| 1/3/2013 | MTP | FURTHER ANALYSIS REGARDING MOTION TO COMPEL ARBITRATION AND GROUNDS FOR SAME | 0.40 275.00/hr | 110.00 |
| | MTP | MULTIPLE CORRESPONDENCE WITH MANAGER REGARDING BYLAW AMENDMENT; RECEIPT REVIEW LETTER TO MEMBERSHIP REGARDING SAME | 0.20 275.00/hr | 55.00 |
| | BRG | CONFERENCE WITH LEGAL COMMITTEE REGARDING REVIEW LEGAL ISSUES AND CLAIM; PREPARE REGARDING SAME | 0.75 275.00/hr | 206.25 |
| 1/4/2013 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM OPPOS COUNSEL REGARDING DISCOVERY ISSUES; ANALYSIS REGARDING SAME | 0.30 275.00/hr | 82.50 |
| | MTP | FINALIZED CORRESPONDENCE TO OPPOS COUNSEL REGARDING DEMAND FOR ARBITRATION | 0.20 275.00/hr | 55.00 |
| | MTP | TELEPHONE CONFERENCE WITH CLUB MNGR REGARDING STATUS OF ARB DEMAND ON OPPOS COUNSEL AND PROCESS GOING FORWARD | 0.20 275.00/hr | 55.00 |
| 1/5/2013 | MTP | MULTIPLE TELEPHONE CONFERENCE WITH CLIENT REGARDING MOTION TO COMPEL ARBITRATION AND CORRESPONDENCE WITH CLIENT REGARDING SAME | 0.40 275.00/hr | 110.00 |
| 1/7/2013 | MTP | TELEPHONE CONFERENCE WITH OPPOS COUNSEL REGARDING ARB PROVISION AND POSSIBLE AGREEMENT REGARDING BINDING ARBITRATION PROVIDED DISCOVERY STILL PERMITTED; MEMORANDUM REGARDING SAME | 0.30 275.00/hr | 82.50 |
| | MTP | TELEPHONE CONFERENCE WITH GEN MNGR REGARDING MEMBER APPLICATIONS REGARDING BYLAW AMENDMENTS | 0.20 275.00/hr | 55.00 |

Exhibit  *10*
Page  *2*

Liberty Insurance Underwriters                                                    Page     2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/7/2013 | MTP | RESEARCH REGARDING ARBITRATION AND RES JUDICATA; CONFIDENTIALITY | 0.40 275.00/hr | 110.00 |
| | MTP | RECEIPT REVIEW TENTATIVE RULING ON DEMURRER TO ANSWER; ANALYSIS REGARDING SAME AND PREPARE FOR ORAL ARGUMENT; REVIEW PLEADINGS | 1.20 275.00/hr | 330.00 |
| | MTP | PREPARE FOR AND ATTEND CONFERENCE CALL WITH BOD TO DISCUSS ARBITRATION AND MOTION TO COMPEL SAME | 0.50 275.00/hr | 137.50 |
| 1/8/2013 | MTP | PREPARE FOR AND ATTEND HEARING ON DEMURRER TO ANSWER; TRAVEL TO/FROM INDIO COURT FOR SAME | 1.90 275.00/hr | 522.50 |
| | MTP | FURTHER ANALYSIS REGARDING ARBITRATION AND DISCOVERY ISSUES; DRAFT PROPOSAL LETTER TO OPPOS COUNSEL REGARDING SAME | 0.80 275.00/hr | 220.00 |
| 1/9/2013 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM OPPOS COUNSEL REGARDING RETRACTING STATEMENTS REGARDING ARBITRATION; ANALYSIS REGARDING SAME; DRAFTED RESPONSE TO SAME; TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME | 0.80 275.00/hr | 220.00 |
| | MTP | RECEIPT REVIEW 2ND LETTER FROM OPPOS COUNSEL RESPONDING TO GBF LETTER REGARDING RETRACTIONS OF STATEMENTS REGARDING ARBITRATION; ANALYSIS REGARDING SAME | 0.30 275.00/hr | 82.50 |
| 1/10/2013 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM GEN. MNGR. RE EXPLANATION OF SLOVAK'S LETTER RE ARB. PROVISION; DRAFTED RESPONSE TO SAME | 0.40 275.00/hr | 110.00 |
| | MTP | MULTIPLE CORRESPONDENCE WITH GEN MANAGER REGARDING FILING MOTION TO COMPEL ARB | 0.20 275.00/hr | 55.00 |
| 1/14/2013 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM CLUB MNGR. RE ARBITRATION AND MEDIATION; ANALYSIS RE SAME; TC W/ CLUB MNGR. RE SAME | 0.40 275.00/hr | 110.00 |
| | MTP | RECIPT REVIEW CORRESPONDENCE FROM OPPOS. COUNSEL RE CONFIRMING AGREEMENT TO PRODUCE DOCS; ANALYSIS RE DISCOVERY (PROD. DOCUMENTS AND CUST. RECORDS DEPO); CORRESPONDENCE W/ OPPOS. COUNSEL RE PENDING DISCOVERY | 0.30 275.00/hr | 82.50 |
| 1/15/2013 | MTP | TELEPHONE CONFERENCE WITH CLUB MANAGER REGARDING MEDIATION | 0.20 275.00/hr | 55.00 |
| | MTP | DRAFTED/MODIFIED CASE MANAGEMENT CONFERENCE STATEMENT; ANALYSIS REGARDING SUBMIT JURY FEES WITH ASSISTANT | 0.40 275.00/hr | 110.00 |
| | MTP | BEGAN TO DRAFT MOTION TO COMPEL ARB; LEGAL RESEARCH REGARDING STAY OF LITIGATION PENDING ARBITRATION | 2.40 275.00/hr | 660.00 |
| 1/16/2013 | RMG | ANALYSIS OF DISCOVERY AND PLEADINGS ISSUES REGARDING FURTHER HANDLING OF CASE | 0.60 275.00/hr | 165.00 |
| | MTP | CORRESPONDENCE TO GEN MANAGER REGARDING ARBITRATION AND MEDIATION ISSUES | 0.20 275.00/hr | 55.00 |

Exhibit  _10_
Page  _3_

Liberty Insurance Underwriters

Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2013 | MTP | ANALYSIS RE TIMING OF FILING MOTION TO COMPEL ARB IN LIGHT OF PENDING DISCOVERY AND ANSWER DUE; RESEARCH RE SAME | 0.30 275.00/hr | 82.50 |
| 1/17/2013 | JG | DRAFT AND REVISE PLEADINGS FOR MOTION TO COMPEL ARBITRATION | 0.75 85.00/hr | 63.75 |
| | MTP | CONT TO DRAFT MOTION TO COMPEL ARBITRATION AND SUPPORTING DOCUMENTS FOR SAME; CORRESPONDENCE WITH TANNER REGARDING SAME | 2.80 275.00/hr | 770.00 |
| | MTP | FURTHER REVISIONS TO MEET/CONFER LETTER TO SLOVAK REGARDING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE STATEMENT | 0.20 275.00/hr | 55.00 |
| | MTP | RECEIPT REVIEW PRESIDENTS LETTER AND PROPOSED REVISIONS TO SAME | 0.30 275.00/hr | 82.50 |
| 1/18/2013 | JG | FILE AND SERVE MOTION TO COMPEL ARBITRATION | 0.50 85.00/hr | 42.50 |
| | MTP | RECEIPT REVIEW EXTENSIVE MEET/CONFER LETTER FROM OPPOS. COUNSEL RE PRE-CMC ITEMS; ANALYSIS RE SAME; TC /W OPPOS. COUNSEL RE SAME AND DRAFT LETTER IN RESPONSE CONFIRMING OPPOS. COUNSEL NOT READY TO MEET/CONFER; MULTIPLE FURTHER CORRESPONDENCE W/ OPPOS. COUNSEL RE SAME | 1.20 275.00/hr | 330.00 |
| 1/20/2013 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM OPPOS COUNSEL REGARDING MEET/CONFER ON CASE MANAGEMENT CONFERENCE TOPICS; ANALYSIS REGARDING SAME | 0.20 275.00/hr | 55.00 |
| | MTP | RECEIPT REVIEW 2ND CORRESPONDENCE FROM OPPOS COUNSEL REGARDING MEET/CONFER REGARDING CASE MANAGEMENT CONFERENCE TOPICS | 0.20 275.00/hr | 55.00 |
| 1/22/2013 | MTP | RECEIPT REVIEW MULTIPLE MESSAGES AND CORRESPONDENCE FROM OPPOS. COUNSEL RE MEET AND CONFER RE CMC TOPICS; ANALYSIS RE SAME; DRAFT RESPONSE TO SAME | 0.40 275.00/hr | 110.00 |
| | MTP | ANALYSIS REGARDING SERVING COURTESY COPY OF MOTION TO COMPEL ARB ON OPPOS COUNSEL | 0.20 275.00/hr | 55.00 |
| 1/23/2013 | MTP | RECEIPT REVIEW ADDT'L CORRESPONDENCE FROM OPPOS. COUNSEL RE MEET/CONFER FOR CMC; DRAFTED RESPONSE TO SAME | 0.20 275.00/hr | 55.00 |
| | MTP | PREPARE FOR AND MEET/CONFER WITH OPPOS COUNSEL REGARDING CASE MANAGEMENT CONFERENCE; DRAFTED MEMORANDUM REGARDING SAME | 1.80 275.00/hr | 495.00 |
| | MTP | MEET/CONFER WITH OPPOSING COUNSEL REGARDING CASE MANAGEMENT CONFERENCE ITEMS PER RULE OF COURT; MEMORANDUM REGARDING SAME | 1.20 275.00/hr | 330.00 |
| 1/24/2013 | BRG | REVIEW DISCOVERY MOTION TO COMPEL ARBITRATION | 0.75 275.00/hr | 206.25 |

Exhibit _10_
Page _4_

Liberty Insurance Underwriters                                                    Page      4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2013 | MTP | RESEARCH REGARDING ADVISE OF COUNSEL DEFENSE AND WAIVER OF A/C PRIVILEGE | 2.20 275.00/hr | 605.00 |
| | MTP | FURTHER ANALYSIS REGARDING ADVICE OF COUNSEL DEFENSE AND WAIVER OF A/C PRIVILEGE; CORP CODE REGARDING BUSINESS JUDGMENT; AS WELL AS STATUS AND NEXT STEPS GOING FORWARD, INCLUDING POSSIBLE EX PARTE APPLICATION REGARDING STAY REGARDING ANSWER | 0.40 275.00/hr | 110.00 |
| 1/25/2013 | BRG | REVIEW REGARDING MEMBERS DEMAND FOR ATTORNEY CLIENT PROTECTED INFO AND MEMORANDUM TO BOARD REGARDING SAME | 1.00 275.00/hr | 275.00 |
| | MTP | PREPARE FOR MEETING WITH CLIENT REGARDING DOC PRODUCTION AND ANALYSIS REGARDING DUTIES OF CUSTODIAN OF RECORDS | 0.40 275.00/hr | 110.00 |
| | MTP | RESEARCH REGARDING MOTION TO COMPEL ARB WAS APPEALABLE ORDER; MEMORANDUM REGARDING SAME | 1.80 275.00/hr | 495.00 |
| | MTP | MEETING WITH CLIENT TO REVIEW DOCUMENTS; TRAVEL TO/FROM IRONWOOD REGARDING SAME | 1.20 275.00/hr | 330.00 |
| | MTP | FURTHER REVIEW AND ANALYSIS OF DOCUMENTS PRODUCED BY CLIENTS IN RESPONSE TO RFPS SERVED BY PLAINTIFF | 2.40 275.00/hr | 660.00 |
| 1/28/2013 | BRG | REVIEW REGARDING DISCOVERY ISSUES | 0.75 275.00/hr | 206.25 |
| | MTP | FURTHER REVIEW AND ANALYSIS OF DOCS PRODUCED BY CLIENT IN RESPONSE TO RFPS SERVED BY PLAINTIFF | 2.80 275.00/hr | 770.00 |
| | MTP | ANALYSIS REGARDING 2/19 HEARING ON MOTION TO COMPEL ARB AND ARGUMENTS REGARDING SAME; FURTHER LEGAL RESEARCH REGARDING SAME AND REGARDING WAIVER | 0.60 275.00/hr | 165.00 |
| | MTP | DRAFTED CORRESPONDENCE TO OPPOS COUNSEL REGARDING STIP TO CONTINUE DATE TO FILE AMENDED ANSWER | 0.30 275.00/hr | 82.50 |
| | MTP | RECEIPT REVIEW OPPOSING PARTY'S LETTER TO HIS GROUP REGARDING MOTION TO COMPEL ARB AND ANALYSIS REGARDING SAME | 0.40 275.00/hr | 110.00 |
| | MTP | RECEIPT REVIEW RESPONSE FROM OPPOS COUNSEL REGARDING REQUEST FOR EXTENSION TO FILE AMENDED ANSWER AND REGARDING NOTICE OF EX PARTE APPLICATION; ANALYSIS REGARDING SAME; DRAFTED NOTICE OF EX PARTE APPLICATION FOR STAY OF ALL PROCEEDINGS AND REGARDING VACATE ORDER REGARDING AMENDED ANSWSER | 0.80 275.00/hr | 220.00 |
| 1/29/2013 | BRG | TELEPHONE CONFERENCE WITH TANNER REGARDING STATUS; REVIEW REGARDING DISCOVERY AND DEMAND FOR DOCUMENT PRODUCTION | 0.50 275.00/hr | 137.50 |
| | MTP | DRAFTED EX PARTE APPLICATION FOR STAY OF ALL PROCEEDINGS AND TO VACATE ORDER REGARDING AMENDED ANSWER | 2.80 275.00/hr | 770.00 |
| | MTP | RECEIPT REVIEW EX PARTE PLEADINGS BY OPPOS COUNSEL REGARDING DISCOVERY SCHEDULE; ANALYSIS REGARDING SAME | 0.80 275.00/hr | 220.00 |

Exhibit _10_
Page _5_

Liberty Insurance Underwriters                                                    Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2013 | MTP | RECEIPT REVIEW OPPOSITIONS BY OPPOS COUNSEL TO IRONWOOD'S EX PARTE APPL REGARDING STAY; ANALYSIS REGARDING SAME | 0.60 275.00/hr | 165.00 |
| 1/30/2013 | RMG | ANALYSIS OF CT'S RULING REGARDING EXPARTE APPLICATION BY PLAINTIFF | 0.25 275.00/hr | 68.75 |
| | BRG | REVIEW AND ANALYZE VOLUMINOUS DATA FROM 1999 TO PRESENT REGARDING ASSOCIATION ISSUES AND DEMAND FOR PRODUCTION | 4.00 275.00/hr | 1,100.00 |
| | MTP | PREPARE FOR AND ATTEND EX PARTE HEARING ON IRONWOOD'S REQUEST FOR STAY AND PLAINTIFFS' REQUEST FOR DISCOVERY SCHEDULE; TRAVEL TO/FROM INDIO FOR SAME | 1.30 275.00/hr | 357.50 |
| | MTP | REVIEW DOCUMENTS WITH BG FOR PRODUCTION ON 1/31; ANALYSIS REGARDING SAME | 3.50 275.00/hr | 962.50 |
| | MTP | TRAVEL FROM INDIO TO SAN DIEGO TO REVIEW DOCUMENTS; BACK TO BEAUMONT | 4.60 275.00/hr | NO CHARGE |
| | MTP | RECEIPT REVIEW CORRESPONDENCE FROM OPPOS COUNSEL REGARDING PROTECTIVE ORDER; ANALYSIS REGARDING SAME AND REGARDING CHANGES TO SAME | 0.40 275.00/hr | 110.00 |
| | MTP | DRAFTED CORRESPONDENCE TO OPPOS COUNSEL REGARDING MAKING DOCS AVAILABLE FOR INSPECTION AND COPYING ON 1/31 | 0.20 275.00/hr | 55.00 |
| 1/31/2013 | JAF | CONFERENCE WITH ATTORNEY RMG REGARDING POTENTIAL APPLICATION OF ATTORNEY - CLIENT PRIVILEGE TO COMMUNICATIONS WITH PRIOR BOARD MEMBERS REGARDING POSSIBLE LITIGATION MATTERS. | 0.25 275.00/hr | 68.75 |
| | RMG | REVIEW ANALYSIS AND EVALUATION OF PRIVILEGE ISSUES REGARDING PRODUCTION OF BD DOCUMENTS | 0.50 275.00/hr | 137.50 |
| | JG | FILE AND SERVE OPPOSITION TO EX PARTE AND BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION | 0.50 85.00/hr | 42.50 |
| | MTP | DRAFTED SUPPLEMENTAL BRIEF IN SUPPORT OF EX PARTE REQUEST FOR STAY OF ALL PROCEEDINGS; LEGAL RESEARCH REGARDING MEMBERS BOUND BY BYLAW AMENDMENTS, INCL ARB PROVISION; ANALYSIS REGARDING RELEVANT LEGAL AUTHORITIES | 3.80 275.00/hr | 1,045.00 |
| | MTP | DRAFTED OPPOS TO PLAINTIFFS' EX PARTE APPLICATION FOR DISCOVERY SCHEDULE | 0.90 275.00/hr | 247.50 |
| | MTP | ANALYSIS WITH PARALEGAL REGARDING OPPOS COUNSEL COPYING/INSPECTING DOCUMENTS | 0.20 275.00/hr | 55.00 |
| | MTP | MULTIPLE TELEPHONE CONFERENCE WITH CLUB MANAGER REGARDING BYLAW CHANGE REGARDING AMENDING BYLAWS - SEARCH FOR VOTE REGARDING SAME | 0.20 275.00/hr | 55.00 |
| | MTP | PREPARE FOR HEARING ON 2/1 REGARDING STAY; RECEIPT REVIEW BYLAW AMENDMENT REGARDING AMENDING BYLAWS; ANALYSIS REGARDING SAME. | 0.30 275.00/hr | 82.50 |

Exhibit __10__
Page ___6___

Liberty Insurance Underwriters

Page    6

|  | | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 67.10 | $16,855.00 |
| | Costs Advanced | | |
| 12/24/2012 | LEGAL DOCUMENT SPECIALISTS, INC. GREEN.39417 WILLIAM COBB JR. - COURT SERVICE | | 25.00 |
| 1/18/2013 | LEGAL DOCUMENT SPECIALISTS, INC. GREEN.39990 COBB - COURT SERVICE | | 45.00 |
| | LEGAL DOCUMENT SPECIALISTS, INC. GREEN.39994 COBB - COURT SERVICE | | 25.00 |
| 1/31/2013 | PHOTOCOPIES | | 347.25 |
| | SCAN DOCUMENTS | | 88.75 |
| | POSTAGE | | 6.50 |
| | Total costs advanced | | $534.50 |
| | Total amount of this bill | | $17,389.50 |
| | Previous balance | | $17,928.18 |
| | Balance due | | $35,317.68 |

Exhibit  10
Page  7

# EXHIBIT 11

73710 Fred Waring Dr.
Suite 120
Palm Desert, CA  92260

PLEASE DETACH
THIS REMITTANCE ADVICE
BEFORE DEPOSITING CHECK

CHECK DATE: 02/21/2013

🌿 **IRONWOOD**
**COUNTRY CLUB**

0126
Bryan R. Gerstel, ap

THIS ATTACHED CHECK
IS IN PAYMENT OF THE
ITEMS LISTED BELOW

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | DISCOUNT | AMOUNT PAID | | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 02/01/2013 | 32881 | 4991.25 | .00 | 4991.25 | | | |
| Cobb vs ICC | | | | | 91-712-00 | 4991.25 | |
| 02/01/2013 | 33184 | 5036.96 | .00 | 5036.96 | | | |
| Cobb vs ICC | | | | | 91-712-00 | 5036.96 | |
| 02/01/2013 | 33595 | 5752.44 | .00 | 5752.44 | | | |
| Cocc vs ICC | | | | | 91-712-00 | 5752.44 | |
| 02/21/2013 | CR | 5780.65- | .00 | 5780.65- | | | |
| DISC CREDIT | | | | | 00-260-04 | 5780.65- | |

| CHECK PAYABLE TO: | | | | | | | |
|---|---|---|---|---|---|---|---|
| CHECK #: | 45870 | 10000.00 | .00 | 10000.00 | | | |
| | | T      O | T      A | L      S | | | |

🌿 **IRONWOOD**
**COUNTRY CLUB**
**GENERAL ACCOUNT**
73-735 IRONTREE DRIVE
PALM DESERT, CA 92260-6799

WARNING THIS DOCUMENT CONTAINS A TRUE WATERMARK  ABSENCE OF THIS FEATURE WILL INDICATE A FORGERY  HOLD UP TO LIGHT TO VIEW

PACIFIC WESTERN BANK
Palm Springs Office
601 E. Tahquitz Canyon Way
Palm Springs, CA 92262

90-3820/1222

NO. **45870**

DATE                         AMOUNT
02/21/2013        $  10000.00

EXACTLY ****10000 DOLLARS AND 00 CENTS

PAY
TO THE
ORDER
OF

Bryan R. Gerstel, apc
73710 Fred Waring Dr.
Suite 120
Palm Desert, CA  92260

VOID AFTER 180 DAYS

Exhibit _____ 11
Page _____ 1

# EXHIBIT 12

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street
Suite 1120
San Diego, CA 92101

| | |
|---|---|
| Tel: | 619-239-7900 |
| Fax: | 619-239-7800 |
| Toll Free: | 866-342-3529 |

Liberty Insurance Underwriters
c/o Sean Choi
55 Water Street, 18th Floor
New York, NY 10041

March 06, 2013

| | |
|---|---|
| In Reference To: | Cobb v. Ironwood Country Club |
| File No: | 06106.004 |
| Invoice No.: | 34373 |

## Billing Summary

| | |
|---|---|
| Total for services rendered | $19,425.50 |
| Total expenses | $1,802.43 |
| Total interest and finance charges | $0.00 |
| Total previous balance | $35,317.68 |
| Total payments and other transactions | $0.00 |
| Balance Due | |

To pay by credit card, please provide the following information:   ☐ Visa   ☐ MasterCard   ☐ American Express

Credit Card Number: _____   Expiration Date: _____

Name and address as it appears on credit card: _____

_____

Payment amount $ _____   Signature: _____   Tel: _____

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Exhibit __/2__
Page __/__

**GREEN BRYANT & FRENCH, LLP**
1230 Columbia Street Suite 1120
San Diego, California 92101
Tel: 619-239-7900 Fax: 619-239-7800

*Invoice*

Liberty Insurance Underwriters
c/o Sean Choi
55 Water Street, 16th Floor
New York, NY 10041

| | |
|---|---|
| Date: | March 06, 2013 |
| File No: | 06106.004 |
| Invoice No: | 34373 |

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2013 | MTP | PREPARE FOR AND ATTEND CONTINUED EX PARTE HEARING REGARDING STAY AND REGARDING DISCOVERY SCHEDULE; TRAVEL TO/FROM INDIO FOR SAME; MEMO TO CLIENT REGARDING SAME | 2.20 275.00/hr | 605.00 |
| | MTP | TELEPHONE CONFERENCE WITH CUSTODIAN OF RECORDS OF CLIENT REGARDING ILLNESS; CORRESPONDENCE TO OPPOSING COUNSEL REGARDING SAME | 0.30 275.00/hr | 82.50 |
| | MTP | DRAFTED NOTICE OF RULING REGARDING STAY; SENT TO OPPOSING COUNSEL TO DETERMINE WHETHER ANY OBJECTION TO SAME | 0.60 275.00/hr | 165.00 |
| | MTP | CORRESPONDENCE TO GENERAL MANAGER REGARDING | 0.20 275.00/hr | 55.00 |
| 2/4/2013 | MTP | REVIEW ADDT'L DOCS FOR REDACTION, PRIVILEGE, ETC | 1.20 275.00/hr | 330.00 |
| | MTP | FOLLOW UP WITH OPPOS COUNSEL REGARDING WHETHER ANY OBJECTION TO PROPOSED NOTICE OF RULING REGARDING STAY | 0.20 275.00/hr | 55.00 |
| | MTP | TELEPHONE CONFERENCE WITH JOSH TANNER REGARDING REVIEW AND ANALYSIS REGARDING SAME | 0.30 275.00/hr | 82.50 |
| | MTP | CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING PROTECTIVE ORDER; ANALYSIS REGARDING SAME | 0.60 275.00/hr | 165.00 |
| | JG | REDACT DOCUMENTS FOR PRODUCTION IN RESPONSE TO PLAINTIFFS REQUEST FOR RECORDS | 2.00 85.00/hr | 170.00 |
| | MTP | TELEPHONE CONFERENCE WITH JOSH TANNER REGARDING REVIEW AND ANALYSIS REGARDING SAME | 0.30 275.00/hr | 82.50 |
| | BRG | REVIEW REGARDING ; REVIEW AND ANALYZE ; TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME | 1.00 275.00/hr | 275.00 |

Exhibit 12
Page 2

Liberty Insurance Underwriters                                                                    Page      2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2013 | MTP | PREPARE FOR AND ATTEND DEPOSITION OF JOSH TANNER; TRAVEL TO/FROM PALM SPRINGS FOR SAME | 4.60 275.00/hr | 1,265.00 |
| | MTP | RECEIPT REVIEW OPPOS. TO MOTION TO COMPEL ARBITRATION AND SUPPORTING DECLARATIONS FOR SAME; ANALYSIS RE SAME AND RE ARGUMENTS IN REPLY | 2.60 275.00/hr | 715.00 |
| | JG | FURTHER REDACTION DOCUMENTS FOR PRODUCTION IN RESPONSE TO PLAINTIFFS REQUEST FOR RECORDS | 3.00 85.00/hr | 255.00 |
| 2/6/2013 | MTP | DRAFT REPLY BRIEF TO OPPOSITION TO MOTION TO COMPEL ARBITRATION; FURTHER RESEARCH REGARDING ISSUE REGARDING ANALYSIS RE | 2.40 275.00/hr | 660.00 |
| 2/7/2013 | MTP | CONTINUE TO DRAFT REPLY BRIEF TO OPPOSITION TO MOTION TO COMPEL ARBITRATION; DRAFT REPLY DECLARATION | 1.80 275.00/hr | 495.00 |
| 2/8/2013 | MTP | RECEIPT REVIEW CORRESPONDENCE FROM COURT REPORTER REGARDING TANNER TRANSCRIPT; RESPONSE TO SAME | 0.20 275.00/hr | 55.00 |
| | MTP | CONT. DRAFT, MODIFY AND FINALIZE REPLY TO OPPOS. TO MOTION TO COMPEL ARBITRATION; LEGAL RESEARCH RE SAME; DECL. OF TANNER; DECL. OF MTP IN SUPPORT OF SAME; DRAFTED EVIDENTIARY OBJECTIONS TO ALL WITNESS DECLARATIONS SUBMITTED BY PLAINTIFFS | 6.20 275.00/hr | 1,705.00 |
| | MTP | MEMORANDUM REGARDING | 0.20 275.00/hr | 55.00 |
| | BRG | REVIEW AND ANALYZE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL; RESEARCH REGARDING SAME | 2.00 275.00/hr | 550.00 |
| 2/13/2013 | MTP | RECEIPT REVIEW RESPONSES TO EVIDENTIARY OBJECTIONS FILED BY PLAINTIFFS | 0.60 275.00/hr | 165.00 |
| 2/14/2013 | MTP | FURTHER ANALYSIS REGARDING RESPONSES TO EVIDENTIARY OBJECTIONS REGARDING MOTION TO COMPEL ARBITRATION; ANALYSIS REGARDING SAME; STRATEGY REGARDING RESPONSE TO SAME; LEGAL RESEARCH REGARDING LATE-FILED PLEADINGS; DRAFTED OBJECTION TO SAME | 3.80 275.00/hr | 1,045.00 |
| 2/15/2013 | TPF | LEGAL RESEARCH AND ANALYSIS OF DRAFT MEMORANDUM OF SAME TO ATTORNEY POELSTRA | 1.00 275.00/hr | 275.00 |
| | MTP | RECEIPT REVIEW TENTATIVE RULING; ANALYSIS REGARDING SAME AND FURTHER RESEARCH REGARDING SAME | 1.00 275.00/hr | 275.00 |
| | MTP | ANALYSIS REGARDING MEMORANDUM TO CLIENT REGARDING SAME | 1.20 275.00/hr | 330.00 |
| | MTP | FINALIZE FOR FILING OBJECTIONS AND MOTION TO STRIKE RESPONSES TO EVIDENTIARY OBJECTIONS FILED BY PLAINTIFFS | 0.60 275.00/hr | 165.00 |

Exhibit 12
Page 3

Liberty Insurance Underwriters                                                    Page    3

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 2/15/2013 | MTP | CORRESPONDENCE TO OPPOSING COUNSEL NOTIFYING REGARDING REQUEST FOR ORAL ARGUMENT | 0.20 275.00/hr | 55.00 |
| | MTP | CORRESPONDENCE WITH GENERAL MANAGER REGARDING ' | 0.20 275.00/hr | 55.00 |
| 2/18/2013 | RMG | PREPARE FOR HEARING REGARDING ORAL ARGUMENT REGARDING PETITION TO COMPEL ARBITRATION; ATTEND HEARING; EVALUATION OF RULING REGARDING APPEAL | 4.10 275.00/hr | 1,127.50 |
| | MTP | PREPARE FOR HEARING ON MOTION TO COMPEL ARBITRATION; REVIEW ALL LEGAL AUTHORITIES CITED IN PLEADINGS | 1.80 275.00/hr | 495.00 |
| 2/19/2013 | RMG | FURTHER PREPARATION FOR HEARING AND ATTEND COURT HEARING REGARDING PETITION TO COMPEL ARBITRATION; ANALYSIS OF MINUTE ORDERS; ANALYSIS AND EVALUATION OF APPEAL ISSUES | 3.40 275.00/hr | 935.00 |
| | MTP | PREPARE FOR AND ATTEND HEARING ON MOTION TO COMPEL ARBITRATION; TRAVEL TO/FROM COURT FOR SAME; MEMO TO CLIENT REGARDING SAME | 2.80 275.00/hr | 770.00 |
| | MTP | RESEARCH REGARDING. MEMORANDUM REGARDING SAME | 2.00 275.00/hr | 550.00 |
| | MTP | CORRESPONDENCE TO OPPOSING COUNSEL REQUESTING PROPOSED ORDER REGARDING MOTION TO COMPEL ARBITRATION; RECEIPT REVIEW PROPOSED ORDER RE HEARING ON MOTION TO COMPEL ARBITRATION; ANALYSIS REGARDING SAME; CORRESPONDENCE TO OPPOSING COUNSEL REGARDING SAME | 0.80 275.00/hr | 220.00 |
| 2/20/2013 | RMG | ANALYSIS REGARDING APPEAL | 0.90 275.00/hr | 247.50 |
| | MTP | RECEIPT REVIEW MEET/CONFER LETTER FROM OPPOSING. COUNSEL RE DOCUMENT PRODUCTION; ANALYSIS RE SAME AND RE STRATEGY RE RESPONSE TO SAME | 0.60 275.00/hr | 165.00 |
| | MTP | FURTHER ANALYSIS REGARDING | 0.40 275.00/hr | 110.00 |
| | MTP | ANALYSIS RE. LEGAL RESEARCH RE | 1.80 275.00/hr | 495.00 |
| | MTP | ANALYSIS AND CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING REVISED ORDER REGARDING MOTION TO COMPEL ARBITRATION; AND REGARDING RESPONSE TO MEET/CONFER REQUEST | 0.70 275.00/hr | 192.50 |
| | MTP | ANALYSIS REGARDING STRATEGY REGARDING CORRESPONDENCE WITH CLIENT REGARDING SAME; PREPARE FOR AND MEETING WITH BOARD OF DIRECTORS TO DISCUSS MEMORANDUM REGARDING SAME | 0.90 275.00/hr | 247.50 |

Exhibit /2
Page /4

Liberty Insurance Underwriters                                                        Page     4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/2013 | MTP | RECEIPT REVIEW NOTICE REGARDING PLAINTIFFS FILED MOTION TO COMPEL DOCUMENTS | 0.20 275.00/hr | 55.00 |
| | BRG | CONFERENCE WITH CLIENT REGARDING | 0.75 275.00/hr | 206.25 |
| 2/21/2013 | MTP | CORRESPONDENCE TO CLIENT CONFIRMING. | 0.20 275.00/hr | 55.00 |
| | MTP | REVISED PROPOSED ORDER REGARDING DENIAL OF MOTION TO COMPEL ARBITRATION AND MULTIPLE CORRESPONDENCE TO OPPOSING COUNSEL REGARDING SAME | 1.00 275.00/hr | 275.00 |
| | MTP | BRIEF MEETING WITH CLIENT REGARDING | 0.20 275.00/hr | 55.00 |
| | MTP | RECEIPT REVIEW PROPOSED ORDER REGARDING MOTION TO COMPEL FILED BY PLAINTIFFS ANALYSIS REGARDING SAME; FURTHER MODIFY BENCH BRIEF TO COURT REGARDING SAME AND REGARDING 2/26 HEARINGS | 0.60 275.00/hr | 165.00 |
| 2/22/2013 | RMG | EVALUATE APPEAL ISSUES; NOTICE OF APPEAL; ANALYSIS OF FURTHER HANDLING OF | 1.25 275.00/hr | 343.75 |
| | MTP | FINALIZE BENCH BRIEF REGARDING PROPOSED ORDER ON MOTION TO COMPEL ARBITRATION AND REGARDING CASE MANAGEMENT CONFERENCE AND PLAINTIFF'S REQUEST FOR DISCOVERY SCHEDULE | 0.20 275.00/hr | 55.00 |
| | MTP | FURTHER RESEARCH AND MEMORANDUM REGARDING | 0.40 275.00/hr | 110.00 |
| 2/25/2013 | JG | DRAFT AND FINALIZE NOTICE OF APPEAL AND NOTICE TO STAY | 0.30 85.00/hr | 25.50 |
| | MTP | PREPARE FOR HEARINGS ON 2/26 AND REGARDING PROPOSED ORDER ON MOTION TO COMPEL ARBITRATION AND STAY; REVIEW REVISED NOTICE OF APPEAL NOTICE OF STAY DOCUMENTS FOR FILING ON 2/26 | 0.50 275.00/hr | 137.50 |
| | MTP | ANALYSIS REGARDING | 0.30 275.00/hr | 82.50 |
| | MTP | DRAFTED DETAILED AND EXTENSIVE CHRONOLOGICAL HISTORY AND STATUS LETTER TO INSURANCE CARRIER; REVIEW DOCKET AND FILE REGARDING SAME | 1.80 275.00/hr | 495.00 |
| | MTP | RECEIPT REVIEW CORRESPONDENCE FROM COURT REPORTER REGARDING ORAL ARGUMENT TRANSCRIPT FROM 2/19 REGARDING MOTION TO COMPEL ARBITRATION | 0.20 275.00/hr | 55.00 |
| 2/26/2013 | RMG | PREPARE FOR AND ATTEND CASE MANAGEMENT CONFERENCE WITH PLAINTIFFS COUNSEL REGARDING APPEAL AND AUTOMATIC STAY | 2.60 275.00/hr | 715.00 |

Exhibit  12
Page  5

Liberty Insurance Underwriters

Page   5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2013 | MTP | ATTEND HEARING EX PARTE DISCOVERY SCHEDULE AND PROPOSED ORDER REGARDING MOTION TO COMPEL ARBITRATION; TRAVEL TO/FROM INDIO FOR SAME | 1.80<br>275.00/hr | 495.00 |
| 2/27/2013 | MTP | MET WITH JOSH TANNER TO | 0.20<br>275.00/hr | 55.00 |
| 2/28/2013 | MTP | ANALYSIS REGARDING | 0.40<br>275.00/hr | 110.00 |
| | MTP | EVALUATION OF | 0.40<br>275.00/hr | 110.00 |
| | MTP | ANALYSIS REGARDING | 0.30<br>275.00/hr | 82.50 |
| | | For professional services rendered | 74.30 | $19,425.50 |
| | | Costs Advanced | | |
| 1/17/2013 | | ONLINE LEGAL RESEARCH. | | 7.05 |
| 1/29/2013 | | LEGAL DOCUMENT SPECIALIST INVOICE 0129 COURT SERVICE | | 75.00 |
| 1/31/2013 | | ONLINE LEGAL RESEARCH. | | 185.09 |
| | | LEGAL DOCUMENT SPECIALIST INVOICE 0131 RUSH FILING | | 76.00 |
| 2/5/2013 | | MILEAGE TO/FROM JOSH TANNER DEPO | | 20.00 |
| | | DEPOSITION COST YATES COURT REPORTERS  INVOICE # 13148-2 TANNER | | 394.70 |
| 2/8/2013 | | NORCO INVOICE 469888 TO SLOVAK BARON EMPEY LLP | | 25.88 |
| | | MILEAGE TO/FROM INDIO FOR FILING | | 12.46 |
| 2/18/2013 | | NORCO INVOICE 473699 DELIVERY TO SLOVAK BARRON EMPEY LLP | | 16.76 |
| 2/19/2013 | | MILEAGE TO/FROM INDIO MTO CASE MANAGEMENT CONFERENCE | | 12.46 |
| 2/22/2013 | | NORCO DELIVERY TO  INVOICE 473699 SLOVAK BARON EMPEY LLP | | 16.76 |
| 2/26/2013 | | MILEAGE TO/FROM INDIO CASE MANAGEMENT CONFERENCE | | 12.46 |
| 2/28/2013 | | PHOTOCOPIES | | 640.75 |
| | | FULL COLOR PHOTOCOPIES | | 72.00 |
| | | SCAN DOCUMENTS | | 222.50 |
| | | POSTAGE | | 12.56 |
| | | Total costs advanced | | $1,802.43 |
| | | Total amount of this bill | | $21,227.93 |

Exhibit *12*
Page *6*

**Liberty Insurance Underwriters**

Page      6

| | Amount |
|---|---|
| Previous balance | $35,317.68 |
| Balance due | $56,545.61 |

Exhibit  12
Page  7

# EXHIBIT 13

**GREEN BRYANT & FRENCH, LLP**

A CALIFORNIA REGISTERED LIMITED LIABILITY PARTNERSHIP

**ATTORNEYS AT LAW**

73-710 FRED WARING DRIVE

SUITE 120

PALM DESERT, CA 92260

TEL - (760) 346-9310 . FAX (760) 346-9031

Ronald M. Green*†
Joel R. Bryant
Jeffrey A. French††
Elizabeth A. French
Matthew T. Poelstra
Elizabeth A. Call
Jason J. Julius
Timothy P. Flanagan

<u>OF COUNSEL</u>
Bryan R. Gerstel*
Craig S. Bickler*

<u>San Diego Office</u>
1230 Columbia Street
Suite 1120
San Diego, CA 92101
TEL - (619) 239-7900
FAX - (619) 239-7800

\*   A Professional Corporation
†   Also Licensed in Colorado
††  Also Licensed in Washington

March 6, 2013

Mr. Sean Choi
AVP, Specialty Casualty Claims
Liberty International Underwritten
55 Water Street, 18th Floor
New York, New York 10041

       Re:    *Cobb, et al. v. Ironwood Country Club*
              Riverside County Superior Court Case No. INC 1205 888

Dear Mr. Choi:

       Although no one from your office has requested an update on the above-referenced matter, please allow this letter to inform you as to the general chronological history of the matter and its present status.

       On August 21, 2012, four plaintiffs, William S. Cobb, Patrick J. Keeley, Helen H. Riedstra, and Elizabeth Richards, filed and served a complaint against our client and your insured, Ironwood Country Club ("Ironwood CC"), a nonprofit mutual benefit corporation, in the California Superior Court, Riverside County, Indio Branch, Case No. INC1205888. The case was assigned to Judge Harold Hopp in Department 2G. The Complaint includes a single cause of action for Declaratory Relief, which includes multiple allegations relating to negligence and breach of fiduciary duty, among others. On September 25, 2012, a copy of the Complaint was sent to your offices by the undersigned.

       On September 19, 2012, the plaintiffs filed a notice of posting jury fees, indicating they will request a jury trial. In fact, counsel for Plaintiffs has made clear that he believes his clients are entitled to a jury trial even though the complaint raises a single cause of action for Declaratory Relief. We dispute his claim and believe that his clients' complaint only requests "equitable" relief in the form of a declaration and therefore his clients have no constitutional right to a jury trial. This will be a dispute issue should this matter proceed in the Superior Court.

       On September 20, 2012, Ironwood CC filed a demurrer and motion to strike, on grounds that Plaintiffs' claims were barred for lack of standing, lack of ripeness, and based on Plaintiff Richards' accord and satisfaction as a matter of law. Ironwood CC raised the argument that

Exhibit   _i3_
Page    _1_

Green Bryant & French, LLP

Mr. Sean Choi
AVP, Specialty Casualty Claims
Liberty International Underwritten
March 6, 2013
Pg. 2


Plaintiffs have not sold their memberships at Ironwood CC, nor expressed any intent to do so (except Richards), and therefore their claims are not ripe because selling their membership is a prerequisite to receiving the $25,500 assessment refund. Furthermore, Cobb assigned his membership to his wife, who then resigned from Ironwood CC. Upon his assignment, he lost all of his rights under the membership and his wife is not a named plaintiff. Furthermore, his wife's resignation eliminated any rights she had under the membership, including any right to repayment of the $25,500 assessment.

On October 23, 2012, the Court heard the demurrer and motion to strike and ruled against Ironwood CC by overruling/denying same. The Court ruled that Plaintiffs' allegations were sufficient to state a claim for declaratory relief at this preliminary state of the proceedings.

On November 8, 2012, Plaintiffs served one-hundred and one (101) Requests for Production of Documents on Ironwood CC, along with a deposition notice for the Custodian of Records of Ironwood.

On November 19, 2012, Ironwood CC filed an Answer to Plaintiffs' complaint, which included a general denial and multiple affirmative defenses.

On December 3, 2012, Plaintiffs filed a demurrer to Ironwood CC's Answer, alleging that Ironwood CC had not alleged enough facts supporting its affirmative defenses. Ironwood CC opposed the motion on multiple grounds.

On December 3, 2012, the Ironwood CC Board of Directors proposed multiple amendments to its bylaws in order to bring them up to the current standard among golf clubs and consistent with the California Corporations Code. Among the amendments was the addition of an arbitration provision requiring that all disputes between Ironwood CC and its members be submitted to binding arbitration before a retired Superior Court judge.

On December 28, 2012, the proposed amendments to the bylaws, including the arbitration provision passed, as less than 10% of the members submitted objections.

On or around January 4, 2013, Ironwood CC and its counsel determined that the newly-passed arbitration provision applied to the present "Declaratory Relief" claim filed by Plaintiffs and sent a letter to Plaintiffs' counsel requesting Plaintiffs' voluntary compliance with same. Although initially Plaintiffs' counsel (David Smith) indicated Plaintiffs may be willing to voluntary comply, within approximately one week, Plaintiffs' counsel (Tom Slovak) confirmed Plaintiffs would not voluntarily submit to arbitration and that Ironwood CC would have to file a motion to compel same.

Exhibit __13__
Page __2__

Green Bryant & French, LLP

Mr. Sean Choi
AVP, Specialty Casualty Claims
Liberty International Underwritten
March 6, 2013
Pg. 3

On January 8, 2013, the court heard Plaintiffs' demurrer to Ironwood CC's answer.  It sustained the demurrer in part and overruled the demurrer in part, and gave Ironwood CC thirty (30) days leave to amend to allege additional facts in support of certain affirmative defenses.

On January 18, 2013, after making multiple attempts to obtain Plaintiffs' voluntary compliance with the arbitration provision in the bylaws without success, Ironwood CC filed a motion to compel arbitration that was set for hearing on February 19, 2013.

On January 29, 2013, Plaintiffs' sent notice to Ironwood CC of an ex parte application for an order setting a discovery schedule.  Plaintiffs identified seven (7) witnesses they wanted to depose.

Also, on January 29, 2013, Ironwood CC sent notice to Plaintiffs of an ex parte application for an order staying all proceedings until Ironwood CC's motion to compel arbitration was decided.

On January 30, 2013, Ironwood CC filed its ex parte application papers in support of its request that the Court stay all proceedings until its motion to compel arbitration was decided.

On January 31, 2013, the Court heard both ex parte applications filed by the parties. The Court requested additional briefing by Ironwood CC on the issue of whether an arbitration provision may apply to the Plaintiffs through a bylaw amendment and continued the hearing to February 1, 2013.

On January 31, 2013, Ironwood CC filed a Supplement Brief in support of its ex parte application for a stay, with additional authorities supporting the arbitration provision as it applies to Plaintiffs.

We obtained Club records related to the Assessment for the period of 1999 to the present and reviewed them all in order to be able to produce only required or relevant documents to Plaintiffs on January 31, 2013, in response to the prior request for same.

On February 1, 2013, after reviewing Ironwood CC's additional authorities and hearing the arguments of counsel, the Court issued a stay of all proceedings, with the exception of the deposition of Ironwood CC's custodian of records.

On February 4, 2013, Plaintiffs filed their opposition to Ironwood CC's motion to compel arbitration, along with multiple declarations from Plaintiffs and other witnesses in support of the opposition.

Exhibit ___13___
Page ___3___

Green Bryant & French, LLP

Mr. Sean Choi
AVP, Specialty Casualty Claims
Liberty International Underwritten
March 6, 2013
Pg. 4


On February 5, 2013, Plaintiffs' counsel deposed the custodian of records for Ironwood
CC, Joshua Tanner. Mr. Tanner provided his testimony concerning his search for and production
of responsive documents.

On February 8, 2013, Ironwood filed its reply on the motion to compel arbitration, along
with evidentiary objections to the declarations filed by Plaintiffs.

On February 19, 2013, the Court heard the parties' oral argument on the motion to compel
arbitration, held a Case Management Conference ("CMC"), and heard Plaintiffs' ex parte request
for a discovery schedule. The Court denied the motion and overruled all of the evidentiary
objections filed by Ironwood CC. The Court continued the hearings on the CMC and Plaintiffs'
ex parte request for a discovery schedule to February 26, 2013 and requested any additional
briefing be submitted by February 22, 2013. The Court also invited Ironwood CC to file seek
appellate review if it disagreed with the Court's ruling.

On February 26, 2013, the Court signed the final order denying Ironwood CC's motion to
compel arbitration and Ironwood CC filed a Notice of Appeal the same day.

At this juncture, as a result of Ironwood CC's Notice of Appeal, the entire Superior Court
action is completely stayed as a matter of law. The next step is to timely designate the record and
the clerk's transcript, and file an opening brief.

Should you desire any of the written materials described herein, please advise.


Very truly yours,

GREEN BRYANT & FRENCH, LLP


Matthew T. Poelstra, Esq.

MTP:jg

cc:     Mr. Joshua Tanner (Via Electronic Transmission)
        Ironwood Country Club
        jtanner@ironwoodcountryclub.com


Exhibit _____ 13
Page _____ 4