1 | Jeffrey S. Whittington, Esq./SBN 236028
Email: jwhittington@KBRlaw.com
2 | Miriam Gregory, Esq./SBN 281083
Email: mgregory@KBRlaw.com
3 | KAUFMAN BORGEEST & RYAN LLP
23975 Park Sorrento, Suite 370
4 | Calabasas, CA 91302
Telephone: (818) 880-0992
5 | Facsimile: (818) 880-0993

6 | Attorneys for Defendant
Liberty Insurance Underwriters, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

IRONWOOD COUNTRY CLUB,

    Plaintiffs,

vs.

LIBERTY INSURANCE UNDERWRITERS, INC. and DOES 1 through 100,

    Defendants.

Case No. 5:13-CV-00996-VAP (DTB)

**DECLARATION OF SEON CHOI IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**HEARING DATE:** February 24, 2014
**HEARING TIME:** 2:00 p.m.
**COURTROOM:** 2

Discovery Cut-Off:
Pre-Trial Conference:
Trial Date:

FILED CONCURRENTLY WITH:
1. Memorandum of Points and Authorities
2. Statement of Genuine Disputes and Statement of Undisputed Facts
3. Evidentiary Objections to Ironwood's Motion for Partial Summary Judgment
4. Declaration of Jeffrey S. Whittington;
5. [Proposed] Order

---

1

DECLARATION OF SEON CHOI IN SUPPORT OF DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

2451687

## DECLARATION OF SEON CHOI

I, Seon Choi, do hereby declare and state as follows:

1. I am an Assistant Vice President at Liberty International Underwriters, Inc., the Defendant in the instant litigation.

2. Based upon my review of the claim file set up with respect to this matter, the following Exhibits are true and correct copies of the documents maintained by Liberty in the normal and ordinary course of business.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Application for Insurance with Liberty that Ironwood Country Club ("Ironwood") submitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed on February 3, 2014, in New York, New York.

By: _Seon Choi_ (signature)

Seon Choi, Declarant

# EXHIBIT A



# LIBERTY INSURANCE UNDERWRITERS INC.
55 Water Street, 18th Floor
New York, New York 10041
(a member of the Liberty Mutual Group and hereinafter "the Insurer")
Liberty Insurance Underwriters Inc.'s toll free number is: 800-677-9163

## APPLICATION FOR
## NONPROFIT EXECUTIVE ADVANTAGE POLICY

THIS IS AN APPLICATION FOR A CLAIMS-MADE POLICY. THE POLICY FOR WHICH THIS APPLICATION IS MADE COVERS ONLY CLAIMS FIRST MADE AGAINST THE INSUREDS DURING THE POLICY PERIOD OR DISCOVERY PERIOD, IF APPLICABLE, AND REPORTED TO THE INSURER AS SOON AS PRACTICABLE BUT IN NO EVENT LATER THAN 90 DAYS AFTER THE END OF THE POLICY PERIOD. PLEASE READ THE POLICY CAREFULLY AND DISCUSS THE COVERAGE WITH YOUR INSURANCE AGENT OR BROKER.

UNLESS AMENDED BY ENDORSEMENT, AMOUNTS INCURRED AS DEFENSE COSTS SHALL BE IN ADDITION TO THE LIMIT OF LIABILITY AND SHALL NOT BE APPLIED TO THE APPLICABLE RETENTION.

THE POLICY PROVIDES THE DUTY ON THE PART OF THE INSURER TO DEFEND.

*Instructions*
- *Please complete all questions.*
- *The term "Insured Organization" means the parent organization whose directors and officers are proposed to be insured under the Nonprofit Executive Advantage Policy for which this Application is made, along with any other entities in which such parent organization has or controls the right to elect more than 50% of the Board of Directors or other governing body of such entity if such right exists.*

1. Name of the **Insured Organization**: Ironwood Country Club

2. Address of the **Insured Organization**: 73-735 Irontree Drive
   City: Palm Desert   County: Riverside   State: CA   Zip Code: 92260

3. Individual at **Insured Organization** designated to receive correspondence and notices from the Insurer:
   Joshua Tanner        General Manager/COO
   (Name)               (Title)

   Telephone: (760) 346-0551   Fax: (760) 766-1098   E-Mail Address: jtanner@ironwoodcountryclub.com

4. **Insured Organization's** nature of operations: Golf and Country Club

5. a) Tax status: o Exempt under Section 501(c) 7 or o Taxable  b) Date organized 12/03/1984

   c) Number of Employees: 100(Full time) 60 (Seasonal)   d) Annual Salary/Wages Expense $ 3,900,000

   e) Total Assets $41,468,000

6. a) What was the employee turnover rate in the last 12 months? 3%

   b) Did this exceed the historical average of the prior 3 years?................................................. o Yes ☒ No

7. Have there been any changes in Senior Management for reasons other than death, retirement at normal retirement age or term limitations................................................................................................................... o Yes ☒ No

8. Has the Insured Organization had in the past 12 months, or does it contemplate within the next 12 months consolidation, merger, sale or divestiture of a portion of its business?................................................ o Yes ☒ No
   If "Yes", was there, or will there be, a reduction in employees as a result?.................. *N/A*  o Yes o No
   If "Yes", what was, or will be, the reduction as a percentage of prior employee count? *N/A*  o Yes o No

9. Does the Insured Organization provide any of the following?:
   a) Promote, sponsor or provide any type of insurance to its members?.................................... o Yes ☒ No
   b) Provide standard setting, disciplinary or peer review activities?.......................................... o Yes ☒ No
   c) Engage in any labor negotiations?....................................................................................... o Yes ☒ No
   d) Engage in any experimentation, research or product development?.................................... o Yes ☒ No
   e) Provide any other professional services?............................................................................ o Yes ☒ No
   f) Engage in any business transactions with Insured Persons or businesses they control?...... o Yes ☒ No
   If "Yes" for any of the above, please attach full details.

10. Has the Insured Organization previously held or does it now have any directors and officers liability insurance or similar insurance?............................................................................................................ ☒ Yes o No
    If "Yes", please provide the following details:

| Insurer | Policy Type | Deductible/Retention | Period From/To | Premium |
|---|---|---|---|---|
| Philadelphia Ins. | D&O/EPLI | $25,000 | 10/1/ – 10/1/11 | |

11. Attach full details of any claim, notice of circumstance, or wrongful act which has been the subject of notice under such insurance in the last 5 years (if none, check the box).............................................. o None

12. Has any Insurer declined, cancelled, or refused to renew any directors and officers liability insurance or similar insurance within the past 5 years?.................................................................................... ☒ Yes o No
    If "Yes", please attach full details.

**Do not complete questions #13 and #14 if this is a renewal policy with the same limit of liability with a member of the Liberty Mutual Group.**

13. During the last 5 years has the Insured Organization or any of its directors, officers, or employees been involved in any litigation that could have a material impact on the Insured Organization?..o Yes o No
    If "Yes", please attach full details.

14. Does anyone for whom insurance is sought have any knowledge or information of any act, error, omission, fact, or circumstance which may give rise to a Claim which may fall within the scope of the proposed insurance?........................................................................................................................................ o Yes ☒ No
    If "Yes", please attach full details.

IT IS UNDERSTOOD AND AGREED THAT IF ANYONE FOR WHOM THIS INSURANCE IS SOUGHT HAS ANY KNOWLEDGE OF ANY SUCH ACT, ERROR, OMISSION, FACT, OR CIRCUMSTANCE, ANY CLAIM EMANATING THEREFROM SHALL BE EXCLUDED FROM COVERAGE UNDER THE PROPOSED INSURANCE.

**RENEWAL STATEMENT (Applicable to renewal polices only)** – It is agreed that this Renewal Application is a supplement to the Application(s) attached to the current Policy and said Applications, together with this Renewal Application, constitute the complete Application which shall be the basis of the contract should a Policy be issued and will be attached to and become part of the Policy.

**REQUIRED INFORMATION**: Risks exceeding $300,000 in salaries OR $1,000,000 in assets must submit a financial statement.

Signing this Application does not bind the undersigned to purchase or the Insurer to sell any insurance policy. If a policy is issued, this Application and its attachments shall be the basis of such policy and shall be deemed attached to and shall form part of such policy.

The undersigned, on behalf of all prospective Insureds, declares that the statements in this Application and its attachments are true and accurate. If there are material changes to any statements in this Application or its

LIU100DO110020507                                   2 of 4

attachments prior to the inception date of the policy, the undersigned shall immediately notify the Insurer of such changes. Upon receipt of such notification, the Insurer shall have the right to modify or withdraw any outstanding terms or proposal.

**NOTICE TO ARKANSAS RESIDENTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO COLORADO RESIDENTS:** It is unlawful to knowingly provide false, incomplete, or misleading facts, or information to an insurance company for the purpose of defrauding or attempting to defraud the company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant with regard to settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance with the department of regulatory agencies.

**NOTICE TO FLORIDA RESIDENTS:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**NOTICE TO KENTUCKY RESIDENTS:**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**NOTICE TO MAINE RESIDENTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**NOTICE TO NEW JERSEY RESIDENTS:** Any person who includes any false or misleading information on an application for an Insurance policy is subject to criminal and civil penalties.

**NOTICE TO NEW MEXICO RESIDENTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

**NOTICE TO NEW YORK RESIDENTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**NOTICE TO OHIO RESIDENTS:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**NOTICE TO OKLAHOMA RESIDENTS:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**NOTICE TO OREGON RESIDENTS:** Any person who knowingly, and with intent to defraud or solicit another to defraud an insurer: (1) by submitting an application, or (2) by filing a claim containing a false statement as to any material fact, may be violating state law.

**NOTICE TO PENNSYLVANIA RESIDENTS** Any person who knowingly and with intent to defraud any insurance company or other person files and application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**NOTICE TO TENNESSEE RESIDENTS:** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits

This Application must be currently dated and signed by a member of the governing board of the organization.

Signed: _____   Title: **Chief Operating Officer**

Date: _10/5/11_

**Submitting Producer Name**

_Tanenbaum-Harber of CA. Inc._
Agency Name

_11610 Iberia Place #200   San Diego, CA. 92128_
Agency Address

_____
License Number (FL Producers Only)

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**
**CASE NAME: Ironwood v. Liberty Insurance**

I declare as follows:

I am employed in the County of Los Angeles, California.  I am over the age of 18 years, and not a party to the within action; my business address is 23975 Park Sorrento, Suite 370, Calabasas, California 91302.  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

On February 3, 2014, I served a true and correct copy, with all exhibits, of the following document(s) described as follows:

**DECLARATION OF SEON CHOI IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**

[ ]   On the interested parties in the within action by placing the above documents in the United States mail for Express Mail delivery at 23975 Park Sorrento, Suite 370, Calabasas, California 91302 in a sealed envelope, with Express Mail postage thereon fully prepaid; by depositing copies of the above documents in a box or other facility regularly maintained by Federal Express, with delivery fees paid by the sender's account. (Code of Civil Procedure § 1013(c).)  *(Overnight Delivery Service)*

[ ]   On the interested parties in the within action by faxing a true and correct copy of the above documents to the facsimile number listed below.  *(Fax Service)*

[X]   On the party or parties named below, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with a United States Postal Service, where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service, that same day in the ordinary course of business, addressed as set forth below. *(Regular Office Deposit)*

John J. McLeod, Esq.
Paul Hirst, Esq.
McLEOD LAW GROUP, APC
701 B. Street, Suite 1570
San Diego, California 92101

I certify under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct and that this declaration was executed on February 3, 2014, at Calabasas, California.

By:   /s/ Jesica Isaac                By:        Jesica Isaac
      Signature of Declarant                     Name of Declarant

**PROOF OF SERVICE**

2486341