Jeffrey S. Whittington, Esq./SBN 236028
Email: jwhittington@KBRlaw.com
Miriam Gregory, Esq./SBN 281083
Email: mgregory@KBRlaw.com
KAUFMAN BORGEEST & RYAN LLP
23975 Park Sorrento, Suite 370
Calabasas, CA 91302
Telephone: (818) 880-0992
Facsimile: (818) 880-0993

Attorneys for Defendant
Liberty Insurance Underwriters, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| IRONWOOD COUNTRY CLUB,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC. and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 5:13-CV-00996-VAP (DTB)<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARYJUDGMENT**<br><br>**HEARING DATE:** February 24, 2014<br>**HEARING TIME:** 2:00 p.m.<br>**COURTROOM:** 2<br><br>Discovery Cut-Off:<br>Pre-Trial Conference:<br>Trial Date:<br><br>FILED CONCURRENTLY WITH:<br><br>1. Defendant's Points and Authorities in Opposition to Plaintiff's Motion for Partial Summary Judgment<br>2. Evidentiary Objections to Ironwood's Motion for Partial Summary Judgment<br>3. Defendant's Statement of Genuine Disputes and Statement of Undisputed Facts<br>4. Declaration of Jeffrey S. Whittington<br>5. Declaration of Seon Choi |

---

1

**[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARYJUDGMENT**

2452599

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 24, 2014, at 2:00 p.m., the Motion for Partial Summary Judgment, filed by Plaintiff, Ironwood Country Club ("Ironwood"), came on for hearing in Courtroom 2 of the above-entitled court, the Honorable Virginia A. Phillips, Judge presiding. Appearances were stated in the record.

Having reviewed the moving, opposing, and reply papers on Ironwood's Motion for Partial Summary Judgment, and oral argument of counsel having been heard with respect to same, the Court, finds, adjudges and orders as follows:

Ironwood's Motion for Partial Summary Judgment is DENIED in full. The Court finds that there is a genuine dispute of material fact as to each of the issues on which Ironwood seeks summary judgment. The Court finds that Plaintiff's Motion for Partial Summary Judgment is premature as no discovery has yet to be conducted.

IT IS SO ORDERED.

Dated: _____, 2014        _____
                                 HON. VIRGINIA A. PHILLIPS

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**
**CASE NAME: Ironwood v. Liberty Insurance**

I declare as follows:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 23975 Park Sorrento, Suite 370, Calabasas, California 91302. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

On February 3, 2014, I served a true and correct copy, with all exhibits, of the following document(s) described as follows:

## [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARYJUDGMENT

[ ]   On the interested parties in the within action by placing the above documents in the United States mail for Express Mail delivery at 23975 Park Sorrento, Suite 370, Calabasas, California 91302 in a sealed envelope, with Express Mail postage thereon fully prepaid; by depositing copies of the above documents in a box or other facility regularly maintained by Federal     Express, with delivery fees paid by the sender's account. (Code of Civil Procedure § 1013(c).)  *(Overnight Delivery Service)*

[ ]   On the interested parties in the within action by faxing a true and correct copy of the     above documents to the facsimile number listed below.  *(Fax Service)*

[x]   via service through the CM/ECF system. *(eService)*

John J. McLeod, Esq.
Paul C. Hirst, Esq.
McLEOD LAW GROUP, APC
701 B. Street, Suite 1570
San Diego, California 92101
john@mcleodlawgroup.com
pchirst@mcleodlawgroup.com

I certify under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct and that this declaration was executed on February 3, 2014, at Calabasas, California.

By:    /s/ Jesica Isaac            By:    Jesica Isaac
       Signature of Declarant             Name of Declarant

---

**3**
**[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARYJUDGMENT**
2452599