1 John J. McLeod, Esq., State Bar No. 174169
john@mcleodlawgroup.com
2 Paul C. Hirst, Esq., State Bar No. 234460
pchirst@mcleodlawgroup.com
3 McLEOD LAW GROUP, A.P.C.
701 B Street, Suite 1570
4 San Diego, California 92101
Telephone: (619) 236-9938
5 Facsimile: (619) 236-9943

6 Attorneys for Plaintiff,
IRONWOOD COUNTRY CLUB
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| IRONWOOD COUNTRY CLUB,<br><br>Plaintiff,<br>v.<br><br>LIBERTY INSURANCE UNDERWRITERS, INC. and DOES 1 through 100,<br><br>Defendants. | CASE NO. 13-00996-VAP (DTBx)<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**
*Ironwood Country Club v. Liberty Insurance Underwriters, Inc., et al.*
Case No. 13-00996-VAP (DTBx)

STATE OF CALIFORNIA   )
                     ) ss:
COUNTY OF SAN DIEGO  )

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the action. My business address is 701 B Street, Suite 1570, San Diego, CA 92010. On February 10, 2014, I served the document(s) on the interested parties in this action as follows:

1. **REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S *AMENDED* MOTION FOR PARTIAL SUMMARY JUDGMENT;**
2. **RESPONSE TO DEFENDANT'S STATEMENT OF GENUINE ISSUES IN SUPPORT OF PLAINTIFF'S *AMENDED* MOTION FOR PARTIAL SUMMARY JUDGMENT; and**
3. **OBJECTIONS TO EVIDENCE PRESENTED BY DEFENDANT IN ITS OPPOSITION TO PLAINTIFF'S *AMENDED* MOTION FOR PARTIAL SUMMARY JUDGMENT.**

By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:   SEE ATTACHED SERVICE LIST

☒ **BY ECF**: By electronically filing the foregoing document(s) according to the procedures set forth in the Local Rule 5-3.3 of the United States District Court for the Central District, which provides as follows:
"Upon the electronic filing of a document, a "Notice of Electronic Filing" ("NEF") is automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. (See L.R. 5-4.1.3.) Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

☐ **BY MAIL**: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

| | |
|---|---|
| ☐ | **BY E-MAIL SERVICE:** By agreement of the parties, transmission of documents by e-mail shall equal service by U.S. Mail. I caused the above-listed documents to be served via e-mail as indicated below. |
| ☐ | **BY OVERNIGHT DELIVERY**: By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express service carrier on [Insert Date] . |
| ☐ | **BY FACSIMILE MACHINE**: The foregoing document was transmitted to the above-named persons by facsimile transmission from (619) 236-9943 before 5:00 p.m. on said date and the transmission was reported as complete and without error. |
| ☐ | **BY PERSONAL SERVICE:** I caused to be delivered the foregoing document(s) to the addressee(s) specified. |
| ☐ | [State]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| ☒ | [Federal]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on February 10, 2014, at San Diego, California.

                                                  /s/ Paul C. Hirst

**SERVICE LIST**

*Ironwood Country Club v. Liberty Insurance Underwriters, Inc., et al.*
Case No. 13-00996-VAP (DTBx)

| | |
|---|---|
| Jeffrey S. Whittington, Esq.<br>Miriam Gregory, Esq.<br>KAUFMAN BROGEEST & RYAN LLP<br>23975 Park Sorrento, Suite 370<br>Calabasas, CA 91302<br>Tel: 818-880-0992<br>Fax: 818-880-0993<br>E-mail: jwhittington@kbrlaw.com<br>E-mail: mgregory@kbrlaw.com | Attorneys for Defendant, Liberty Insurance Underwriters Inc. |