Jeffrey S. Whittington, Esq./SBN 236028
Email: jwhittington@KBRlaw.com
Miriam Gregory, Esq./SBN 281083
Email: mgregory@KBRlaw.com
KAUFMAN BORGEEST & RYAN LLP
23975 Park Sorrento, Suite 370
Calabasas, CA 91302
Telephone: (818) 880-0992
Facsimile: (818) 880-0993

Attorneys for Defendant,
Liberty Insurance Underwriters, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| IRONWOOD COUNTRY CLUB,<br>         Plaintiffs,<br><br>         vs.<br><br>LIBERTY INSURANCE<br>UNDERWRITERS, INC. and DOES<br>1 through 100,<br>         Defendants. | ) Case No. 5:13-CV-00996-VAP (DTB)<br>)<br>) **DECLARATION OF JESICA ISAAC**<br>) **REGARDING FILING OF**<br>) **DEFENDANT'S OPPOSITION TO**<br>) **PLAINTIFF'S MOTION FOR**<br>) **PARTIAL SUMMARY JUDGMENT**<br>)<br>) **HEARING DATE: February 24, 2014**<br>) **HEARING TIME:  2:00 pm**<br>) **COURTROOM:    2**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

1

**DECLARATION OF JESICA ISAAC REGARDING DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

2486352

1

## DECLARATION OF JESICA ISAAC

2  1.  I am a legal secretary employed with the law firm of Kaufman Borgeest &

3  Ryan LLP and assigned to assist Jeffrey S. Whittington, Esq., attorney of

4  record for defendant, Liberty Insurance Underwriters, Inc. ("Liberty").  I

5  have personal knowledge of the matters set forth herein and if called upon to

6  testify under oath, I could and would competently do so.

7  2.  On February 3, 2014, I was instructed to format and file the following

8  documents with the Central District of California via the Court's CM/ECF

9  system:

10  a)  Defendant's Points and Authorities in Opposition to Plaintiff's Motion

11  for Partial Summary Judgment;

12  b)  Evidentiary Objections to Ironwood's Motion for Partial Summary

13  Judgment;

14  c)  Defendant's Statement of Genuine Disputes and Statement of

15  Undisputed Facts;

16  d)  Declaration of Jeffrey S. Whittington;

17  e)  Declaration of Seon Choi; and

18  f)  Defendant's [Proposed] Order Regarding Plaintiff's Motion for Partial

19  Summary Judgment.

20

**DECLARATION OF JESICA ISAAC REGARDING DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

2486352

3.      I am and was aware of the Court's Local Rule requiring that filings be done by 4 p.m.  I have been a legal secretary for many years with significant federal court filing experience.  Based upon that experience, a filing such as this would typically take about 60-90 minutes to complete.

4.      With that knowledge, I discussed with Mr. Whittington the need to receive the above-referenced documents a few hours beforehand to complete the filing process.

5.      In opening these documents to begin the final formatting process, however, I realized that the formatting had become corrupted and the normally quick process for creating a Table of Contents and Table of Authorities was no longer possible. Specifically, instead of being able to use the Microsoft Word tools available for creation of these Tables, I had to manually create each entry.  What should have been a 60-90 minute process to complete the formatting and to file the documents ended up taking 3-4 hours, with the documents being filed at 5:59 p.m.

6.      When it became apparent to me that the filing would not be completed before the Court's 4 p.m. deadline, I notified Mr. Whittington, who instructed me to forward the un-formatted documents to him so that he could send them to Ironwood's counsel at the 4 p.m. deadline. I forwarded the above documents to Mr. Whittington, which he then forwarded to Ironwood's Counsel via email; this transmittal took place at approximately 4:06 p.m.

---

**3**
**DECLARATION OF JESICA ISAAC REGARDING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

7.     Other than the referenced formatting issues, the documents sent to Ironwood's counsel were substantively identical to the documents filed via CM/ECF approximately two (2) hours later.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  This declaration was executed on February 12, 2014, in Calabasas, California.

By:  /s/ Jesica Isaac
JESICA ISAAC

DECLARATION OF JESICA ISAAC REGARDING DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

2486352

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**
**CASE NAME: Ironwood v. Liberty Insurance**

I declare as follows:

I am employed in the County of Los Angeles, California.  I am over the age of 18 years, and not a party to the within action; my business address is 23975 Park Sorrento, Suite 370, Calabasas, California 91302.  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

On February 12, 2014, I served a true and correct copy of the following document(s) described as follows:

**DECLARATION OF JESICA ISAAC REGARDING FILING OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

[ ]     On the interested parties in the within action by placing the above documents in the United States mail for Express Mail delivery at 23975 Park Sorrento, Suite 370, Calabasas, California 91302 in a sealed envelope, with Express Mail postage thereon fully prepaid; by depositing copies of the above documents in a box or other facility regularly maintained by Federal    Express,    with delivery fees paid by the sender's account. (Code of Civil Procedure § 1013(c).)  *(Overnight Delivery Service)*

[ ]     On the interested parties in the within action by faxing a true and correct copy of the    above documents to the facsimile number listed below.  *(Fax Service)*

[x]     via service through the CM/ECF system. *(eService)*

John J. McLeod, Esq.
Paul C. Hirst, Esq.
McLEOD LAW GROUP, APC
701 B. Street, Suite 1570
San Diego, California 92101
john@mcleodlawgroup.com
pchirst@mcleodlawgroup.com

I certify under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on February 12, 2014 at Calabasas, California.

By:    ____/s/ Amy Stark_____        By:    ____Amy Stark_____
       Signature of Declarant                      Name of Declarant

---

**5**
**DECLARATION OF JESICA ISAAC REGARDING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

2486352