UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. EDCV 13-00996-VAP (DTBx) | | Date February 24, 2014 |
| Title IRONWOOD COUNTRY CLUB -v- LIBERTY INSURANCE UNDERWRITERS, INC. AND DOES 1 THROUGH 100 | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| JOHN JAMES MCLEOD<br>PAUL C. HIRST | JEFFREY S. WHITTINGTON |

Proceedings:   PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF 35)

    Court issues a tentative ruling, hears oral argument and takes the matter under submission.

    - : 15

Initials of Preparer   md